# EXHIBIT 29

2021 CALEA Compliance Review

# LAW ENFORCEMENT ACCREDITATION

## Atlanta (GA) Police Department

### *Agency*

Atlanta (GA) Police Department
226 Peachtree Street
Atlanta, GA 30303

### *Chief Executive Officer*

Interim Chief of Police
Rodney Bryant

### *Methodology Overview*

CALEA serves as the premier credentialing association for public safety agencies and provides accreditation services for law enforcement organizations, public safety communication centers, public safety training academies, and campus security agencies. The standards are promulgated by a board of 21 commissioners, representing a full spectrum of public safety leadership. The assessment process includes extensive self-assessment, annual remote web-based assessments, and quadrennial site-based assessments. Additionally candidate agencies are presented to the Commission for final consideration and credentialing.

CALEA Accreditation is a voluntary process and participating public safety agencies, by involvement, have demonstrated a commitment to professionalism. The program is intended to enhance organization service capacities and effectiveness, serve as a tool for policy decisions and management, promote transparency and community trust, and establish a platform for continuous review.

CALEA Accreditation is the Gold Standard for Public Safety Agencies and represents a commitment to excellence.



**_Law Enforcement Accreditation_**

CALEA standards reflect the current thinking and experience of Law Enforcement practitioners and researchers. Major Law Enforcement associations, leading educational and training institutions, governmental agencies, as well as Law Enforcement executives internationally, acknowledge CALEA's Standards for Law Enforcement Agencies© and its Accreditation Programs as benchmarks for professional law enforcement agencies.

**CALEA's Founding Organizations:**

- **International Association of Chiefs of Police (IACP)**

- **Police Executive ResearchForum (PERF)**

- **National Sheriffs Association (NSA)**

- **National Organization of Black Law Enforcement Executives (NOBLE)**

# TABLE OF CONTENTS

**Executive Summary**

**Chief Executive Officer Profile**

**Community Profile**

**Agency History**

**Agency Structure and Function**

**Agency Successes**

**Future Issues for Agency**

**First Annual Compliance Service Review**

**Second Annual Compliance Service Review**

**Third Annual Compliance Service Review**

**Fourth Annual Compliance Service Review**

**Site-Based Assessment Review**

**Community Feedback and Review**

**Standards Related Data Tables**

# EXECUTIVE SUMMARY

*Overview:*

The Atlanta (GA) Police Department is currently commanded by Rodney Bryant. The agency participated in a remote assessment(s), as well as site-based assessment activities as components of the accreditation process. The executive summary serves as a synopsis of key findings, with greater details found in the body of the report.

*Compliance Service Review:*

CALEA Compliance Services Member(s) Philip K. Potter remotely reviewed 78 standards for the agency on 4/4/2018 using Law Enforcement Manual 6.7. These standards included specific time-sensitive issues, as well as all standards applicable to the agency by size and function. If standard issues are found they are listed below.

CALEA Compliance Services Member(s) Jay Murphy remotely reviewed 78 standards for the agency on 4/3/2019 using Law Enforcement Manual 6.7. These standards included specific time-sensitive issues, as well as all standards applicable to the agency by size and function. If standard issues are found they are listed below.

CALEA Compliance Services Member(s) Bruce Robertson remotely reviewed 178 standards for the agency on 4/1/2020 using Law Enforcement Manual 6.7. These standards included specific time-sensitive issues, as well as all standards applicable to the agency by size and function. If standard issues are found they are listed below.

CALEA Compliance Services Member(s) Russ McElwee remotely reviewed 102 standards for the agency on 10/10/2020 using Law Enforcement Manual 6.7. These standards included specific time-sensitive issues, as well as all standards applicable to the agency by size and function. If standard issues are found they are listed below.

*Site-Based Assessment Review:*

From 11/16/2020 to 11/18/2020, Humberto Cardounel, Jr. and Wayne Scott visited the agency following a consultation with the chief executive officer regarding critical issues impacting the organization since the last assessment. These issues were identified as:

- Use of Force Procedures - An incident in May 2020 where Atlanta Police Officers deployed their tasers on two colleges students and the June 2020 fatal shooting of an African-American male in a parking lot brought the Atlanta Police Departments' use of force procedures into question by the community.

  These two incidents resulted in criminal and/or civil action(s) which are still pending.

  This site based assessment did not look into the specific details of these incident but did look at the policies and procedures in place at the time as well as any changes implemented as a result of internal reviews.

  In June 2020 the Mayor of Atlanta convened a Use of Force Advisory Council comprised of 28 community members selected by the Mayor's Office. The Use of Force Advisory Council issued two reports, one on June 24, 2020 and the second one on July 24, 2020. In addition to the council created by the Mayor of Atlanta, the Chief of Police also created an internal taskforce to assess and advise on recommendations moving forward. The Atlanta Police Department has used both advisory groups to formulate changes and move the agency forward.

- Body Worn Cameras/Officer Conduct - During the 2016/2017 site based assessment the Atlanta Police Department was still in the process of implementing their Body Worn Camera program. Agency implementation started in November 2016 and completed by the end of 2017. The APD currently has approximately 1,695 Axon AB 3camera units deployed across the agency to sworn members at the rank of lieutenant and below. In the same 2016/2017 site based report officer conduct was also noted as a future issue. The implementation of the BWC program was done in conjunction with improving officer accountability and reinforcing the APD's integrity within the community with more transparency. The implementation of the BWC's and addressing conduct issues/concerns early has proven to be beneficial.

- Community Engagement - Community engagement continues to be a contemporary issue facing law enforcement across the country. During this assessment period the Atlanta Police Department has been in the forefront of civil unrest as well as community engagement. The APD recognizes the value and importance of having a strong relationship with the community and attributes much of their success in controlling recent months of civil unrest to their many years of strong community engagement.

- Recruitment & Retention - APD staff has an extremely optimistic attitude toward their ability to rebound from the 2020 hiring challenges they have faced and noted they have started to see a more positive attitude from city officials supporting the Police Departments efforts to try to fill their ranks. APD staff also noted that although they have seen some recent support from the community and city leaders there are still many more hurdles to overcome.

- Evidence Control - The APD created a virtual video tour of their evidence storage facility. The video outlined the general evidence section containing more than 1 million items of evidence, the narcotics vault, the high value money and jewelry vault, and the weapon vault / gun armory.

During the Site-Based Assessment Review, the assessment team conducted 57 interviews regarding the topical areas previously defined. The interviews were with agency members and members of the community. The approach not only further confirmed standards adherence, but also considered effectiveness measures, process management and intended outcomes.

# CHIEF EXECUTIVE OFFICER PROFILE

### *Rodney Bryant*

Rodney N. Bryant is the Interim Chief of the City of Atlanta Police Department, appointed in June 2020. He is committed to creating a safe environment for citizens, visitors and stakeholders of the City of Atlanta. As an Atlanta native, he has a deep desire to make his home city a safe place for people to live, work and play.

Interim Chief Bryant took the helm during a difficult time in the life of law enforcement, while protests were taking place in the City of Atlanta and other metropolitan cities, Bryant remained steadfast in maintaining the law, promoting peace and encouraging the officers who serve and protect our great city.

Chief Bryant embraces the philosophy and goals of 21st Century Policing and is committed to officers being guardians of the city. He understands that the department must be well-trained as well as sensitive to the needs of the community to be a highly effective public safety agency.

Since his appointment as Interim Chief, he is focused on reducing violent crimes, taking guns off the streets and bridging the gap between police and community. He is committed to advancing APD's progress as it relates to reform, training and building trust in the diverse communities that are the fabric of the City of Atlanta. Additionally, he believes APD must be a community-focused law enforcement agency that practices in equal treatment and respect for all people, while ensuring that the public safety of all Atlantans is enhanced. He also believes that the Atlanta Police Department must proactively meet the complex demands of a diverse, progressive urban city through implementation of continual training.

Under Interim Chief Bryant's leadership, the Atlanta Police Department is focused on increasing positive engagement among Atlanta's children and youth through the good work of the Police Athletic League and the Atlanta Police Foundation's At-Promise Center.

Interim Chief Bryant has witnessed the growth of the Department as he joined APD in 1988 and since that time he has climbed the ranks from Police Officer to Assistant Chief before retiring in April 2019. He became the Interim Chief of the Atlanta City Detention Center, until his appointment as APD's Interim Chief.

Appointed to the rank of Major in July 2010, Interim Chief Bryant commanded the largest and most single-family densely populated zone precinct. His commitment to community-focused policing, allowed him to cultivate relationships with community leaders and surrounding agencies to foster continuous annual crime reduction. Additionally, he established foot and bike patrols in residential and high crime areas.

Interim Chief Bryant served as Deputy Chief from December 2014 to December 2016, during that time he oversaw the Community Services Division, which includes the world's busiest airport – Hartsfield-Jackson Atlanta International Airport. He guided the implemented security strategies to ensure public safety at Atlanta's airport.

In his role as Assistant Chief, he managed the daily operations of the department and oversaw the 188-million-dollar operative budget. Additionally, he managed, planned and executed various large-scale tasks to include serving as event manager and commander of public safety during the College Football Playoff Championship and Super Bowl LIII. He was instrumental in the negotiation of the city's largest pay increase ever granted to sworn personnel.

Interim Chief Bryant holds a Bachelor of Arts degree in Criminal Justice from Georgia State University and a Master's degree in Administration. He is an active member of International Association of Chiefs of Police (IACP), National Organization of Black Law Enforcement Executives (NOBLE), Major Cities Chief Association (MCCA), Georgia

Association of Chiefs of Police (GACP), Atlanta Metropol, Inc., Atlanta Urban Area Security Initiative.

# COMMUNITY PROFILE

The City of Atlanta is the capital of Georgia and the county seat of Fulton County, encompassing 134 square miles. The eastern portion of the city east of Moreland Ave / Briarcliff Road resides in DeKalb County. A southwest portion of the city resides in Clayton County and encompasses Hartsfield-Jackson Atlanta International Airport. The city's population is approximately 486,290 with a resident median age of 33.8 years. Atlanta has an average commuter service population of over five million people, making it the ninth largest metropolitan area in the United States. The average household income is $50,210.00, with an average real estate value of $241,200.

Atlanta played an important part in both the Civil War and the 1960s Civil Rights Movement. The Atlanta History Center chronicles the city's past from its creation in 1848 to the present. The Martin Luther King Jr. National Historic Site, APEX Museum, and the National Center for Civil and Human Rights are dedicated to Dr. King's life and achievements, as well as the history and accomplishments of the African American community in the City of Atlanta, the State of Georgia, and in the
United States. Atlanta has a Mayor-Council form of government with 15 council members. Twelve council members are elected from single member districts with three at large posts. The mayor of Atlanta is Keisha Lance Bottoms, who was elected at large on a nonpartisan ballot. The city council constitutes the legislative body with powers to pass ordinances, adopt regulations, create and pass budgets and exercise all powers conferred upon the municipality in its city charter.

# AGENCY HISTORY

The Atlanta Police Department came to fruition in the early to mid 1800's. The organization had it's first appointed Police Chief, Thomas Jones, in 1873. The department began very small and increased to 20 officers in 1858. Shortly after in 1863, the first police officer (Tim Shivers) was killed in the line of duty. Over the years there have been 27 Police Chiefs, with only 2 being women. Recently, the Atlanta Police Historical Society was formed. The mission of the Historical Society is to preserve history and traditions of the Atlanta Police Department by honoring those who have served, and to enhance knowledge and understanding through partnerships with the community it serves by providing education, research, publications, exhibitions and collections. The Atlanta Police Department and it's history will now be preserved through the Atlanta Police Historical Society.

# AGENCY STRUCTURE AND FUNCTION

The Atlanta Police Department (APD) is a full service law enforcement agency governed under civil service rules that provides traditional law enforcement services including patrol, investigations, emergency and non-emergency response, records, and the enforcement of state and municipal statutes.

The agency is divided into six divisions for the reporting year which include: Field Operations Division under Deputy Chief Celeste Murphy, Criminal Investigation Division under Deputy Chief Timothy Peek, Community Services Division under Deputy Chief Michael O'Connor, Support Services Division under Deputy Chief Stacey Gibbs, Strategy and Special Projects Divisions under Deputy Chief Darin Schierbaum, and the Contingency Operations Division under Deputy Chief Terrell Griffin.

All Divisions report to Assistant Chief Todd Coyt, who reports directly to Interim Police Chief Rodney Bryant.

# AGENCY SUCCESSES

The City of Atlanta hosts many annual large scale events during which time officers are deployed for extra security measures. The College Football Playoff Championship Game was held in Atlanta in 2018, which garnered thousands of people from out of town. The annual Martin Luther Jr Rally & March, St. Patrick's Day Parade, Peachtree Rd Race, Dragon Con Parade, Atlanta Pride Parade, Veteran's Day Parade, and Children's Healthcare of Atlanta Christmas Parade also took place with no issues which is a great success to the Police Department.

The department took 1536 illegal guns off the city's streets and created and trained a Bicycle Response Team as an innovative approach for quick responses during protests, demonstrations and large gatherings. Also, in conjunction with the Mayor and City Council, the department secured the largest pay increase for police officers in its history.

# FUTURE ISSUES FOR AGENCY

A current issue the Atlanta Police Department continues to address is recruitment. Recruitment over the years has been down and staffing issues within all sections of the department are lower than what's needed. Although recruitment is slowly picking up, staffing throughout the department continues to be an ongoing challenge.

The Atlanta Police Department's authorized strength for reporting year 2019 was 2046. The department ended the year with 1727 sworn officers.

# YEAR 1 REMOTE WEB-BASED ASSESSMENT

Compliance Services Member: Philip K. Potter

On 4/4/2018, the Year 1 Remote Web-based Assessment of Atlanta (GA) Police Department was conducted. The review was conducted remotely and included 78 standards from the CALEA® Standards for Law Enforcement Manual. The following standards were reviewed and the findings are denoted:

| Standards | Findings |
|---|---|
| 1 Law Enforcement Role and Authority | |
| 1.1.1 Oath of Office (LE1) (MMMM) | **Compliance Verified** |
| 1.1.2 Code of Ethics* (LE1) (MMMM) | **Compliance Verified** |
| 1.2.7 Use of Discretion (MMMM) | **Compliance Verified** |
| 1.2.9 Biased Policing* (LE1) (MMMM) | **Compliance Verified** |
| 4 Use of Force | |
| 4.1.1 Use of Reasonable Force (LE1) (MMMM) | **Compliance Verified** |
| 4.1.2 Use of Deadly Force (LE1) (MMMM) | **Compliance Verified** |
| 4.1.3 Warning Shots (LE1) (MMMM) | **Compliance Verified** |
| 4.1.4 Use of Authorized Less Lethal Weapons (LE1) (MMMM) | **Compliance Verified** |
| 4.1.5 Rendering Medical Aid Following Police Actions (LE1) (MMMM) | **Compliance Verified** |
| 4.2.1 Reporting Uses of Force* (LE1) (MMMM) | **Compliance Verified** |
| 4.2.2 Written Use of Force Reports and Administrative Review* (LE1) (MMMM) | **Compliance Verified** |
| 4.2.3 Removal from Line of Duty Assignment (LE1) (MMMM) | **Compliance Verified** |
| 4.2.4 Analyze Reports* (LE1) (MMMM) | **Compliance Verified** |
| 4.3.1 Authorization: Weapons and Ammunition (LE1) (MMMM) | **Compliance Verified** |
| 4.3.2 Demonstrating Proficiency with Weapons (LE1) (MMMM) | **Compliance Verified** |
| 4.3.3 Annual/Biennial Proficiency Training* (LE1) (MMMM) | **Compliance Verified** |
| 4.3.4 Prerequisite to Carrying Lethal/Less Lethal Weapons (LE1) (MMMM) | **Compliance Verified** |
| 11 Organization and Administration | |
| 11.2.1 Direct Command, Component | **Compliance Verified** |
| 11.3.1 Responsibility/Authority (LE1) | **Compliance Verified** |
| 11.3.2 Supervisory Accountability | **Compliance Verified** |
| 12 Direction | |
| 12.1.3 Obey Lawful Orders (LE1) | **Compliance Verified** |
| 15 Planning and Research, Goals and Objectives, and Crime Analysis | |

| Standards | Findings |
|---|---|
| 15.1.3 Multiyear Plan | **Compliance Verified** |
| 15.2.1 Annual Updating/Goals and Objectives* (LE1) | **Compliance Verified** |
| 17 Fiscal Management and Agency Property | |
| 17.2.2 Functional Recommendations to Budget* | **Compliance Verified** |
| 17.4.1 Accounting System* | **Compliance Verified** |
| 17.4.2 Cash Fund/Accounts Maintenance* (LE1) | **Compliance Verified** |
| 21 Classification and Delineation of Duties and Responsibilities | |
| 21.2.4 Workload Assessment* | **Compliance Verified** |
| 22 Personnel Management System | |
| 22.1.5 Victim Witness Services/Line of Duty Death (LE1) | **Compliance Verified** |
| 22.1.8 Employee Identification (LE1) | **Compliance Verified** |
| 22.2.1 Physical Examinations | **Compliance Verified** |
| 22.4.3 Annual Analysis* | **Compliance Verified** |
| 26 Disciplinary Procedures and Internal Investigations | |
| 26.1.3 Harassment (LE1) | **Compliance Verified** |
| 26.2.1 Complaint Investigation (LE1) | **Compliance Verified** |
| 26.2.5 Annual Statistical Summaries; Public Availability* | **Compliance Verified** |
| 26.3.3 Investigation Time Limits (LE1) | **Compliance Verified** |
| 31 Recruitment and Selection | |
| 31.2.2 Annual Analysis | **Compliance Verified** |
| 33 Training and Career Development | |
| 33.1.2 Training Attendance Requirements | **Compliance Verified** |
| 33.1.5 Remedial Training (LE1) | **Compliance Verified** |
| 33.1.6 Employee Training Record Maintenance (LE1) | **Compliance Verified** |
| 33.5.1 Annual In-Service Training Program* (LE1) (M M M M) | **Compliance Verified** |
| 33.5.2 Shift Briefing Training | **Compliance Verified** |
| 34 Promotion | |
| 34.1.6 Promotional Probation | **Compliance Verified** |
| 35 Performance Evaluation | |
| 35.1.2 Annual Evaluation* (LE1) | **Compliance Verified** |
| 35.1.9 Personnel Early Intervention System* (LE1) | **Compliance Verified** |
| 40 Crime Analysis and Intelligence | |

| Standards | Findings |
|---|---|
| 40.2.3 Criminal Intelligence Procedures* (LE1) | **Compliance Verified** |
| 41 Patrol | |
| 41.1.2 Shift Briefing | **Compliance Verified** |
| 41.2.2 Pursuit of Motor Vehicles* (LE1) | **Compliance Verified** |
| 41.2.3 Roadblocks and Forcible Stopping* (LE1) | **Compliance Verified** |
| 41.2.7 Mental Health Issues* (LE1) | **Compliance Verified** |
| 41.3.3 Occupant Safety Restraints | **Compliance Verified** |
| 41.3.5 Protective Vests (LE1) | **Compliance Verified** |
| 42 Criminal Investigation | |
| 42.1.1 On-Call Schedule | **Compliance Verified** |
| 45 Crime Prevention and Community Involvement | |
| 45.1.1 Crime Prevention Activities* | **Compliance Verified** |
| 45.2.1 Community Input Process* | **Compliance Verified** |
| 45.2.2 Citizens Survey* | **Compliance Verified** |
| 46 Critical Incidents, Special Operations, and Homeland Security | |
| 46.1.1 Planning Responsibility (LE1) | **Compliance Verified** |
| 46.1.3 Command Function* (LE1) | **Compliance Verified** |
| 46.1.8 Equipment Inspection* | **Compliance Verified** |
| 46.1.9 All Hazard Plan Training* (LE1) | **Compliance Verified** |
| 46.1.10 Active Threats* (LE1) | **Compliance Verified** |
| 54 Public Information | |
| 54.1.3 Media Access (LE1) | **Compliance Verified** |
| 55 Victim/Witness Assistance | |
| 55.2.6 Next-of-Kin Notification | **Compliance Verified** |
| 61 Traffic | |
| 61.1.9 Impaired Driver Enforcement Program | **Compliance Verified** |
| 70 Detainee Transportation | |
| 70.1.1 Pre-Transport Prisoner Searches (LE1) | **Compliance Verified** |
| 70.1.2 Searching Transport Vehicles (LE1) | **Compliance Verified** |
| 70.1.7 Procedures, Escape* (LE1) | **Compliance Verified** |
| 71 Processing and Temporary Detention | |
| 71.2.1 Training of Personnel* (LE1) | **Compliance Verified** |

| Standards | Findings |
|---|---|
| 71.4.3 Inspections* (LE1) | **Compliance Verified** |
| 74 Legal Process | |
| 74.3.2 Arrest Warrants Require Sworn Service | **Compliance Verified** |
| 81 Communications | |
| 81.2.2 Continuous, Two-Way Capability (LE1) | **Compliance Verified** |
| 81.2.5 Access to Resources (LE1) | **Compliance Verified** |
| 81.3.2 Alternate Power Source* (LE1) | **Compliance Verified** |
| 82 Central Records | |
| 82.1.6 Computer File Backup and Storage* (LE1) | **Compliance Verified** |
| 82.2.3 Case Numbering System (LE1) | **Compliance Verified** |
| 82.3.1 Master Name Index | **Compliance Verified** |
| 83 Collection and Preservation of Evidence | |
| 83.1.1 24-Hour Availability (LE1) | **Compliance Verified** |
| 84 Property and Evidence Control | |
| 84.1.3 Temporary Security (LE1) | **Compliance Verified** |
| 84.1.6 Inspections and Reports* (LE1) | **Compliance Verified** |

### *Response from Agency Regarding Findings:*

CEO Feedback not provided.

# YEAR 2 REMOTE WEB-BASED ASSESSMENT

Compliance Services Member: Jay Murphy

On 4/3/2019, the Year 2 Remote Web-based Assessment of Atlanta (GA) Police Department was conducted. The review was conducted remotely and included 78 standards from the CALEA® Standards for Law Enforcement Manual. The following standards were reviewed and the findings are denoted:

| Standards | Findings |
|---|---|
| 1 Law Enforcement Role and Authority | |
| 1.2.1 Legal Authority Defined (LE1) (MMMM) | **Compliance Verified** |
| 1.2.2 Legal Authority to Carry/Use Weapons (MMMM) | **Compliance Verified** |
| 1.2.6 Alternatives to Arrest (MMMM) | **Compliance Verified** |
| 1.2.8 Strip/Body Cavity Search (LE1) (MMMM) | **Compliance Verified** |
| 1.2.9 Biased Policing* (LE1) (MMMM) | **Compliance Verified** |
| 2 Agency Jurisdiction and Mutual Aid | |
| 2.1.1 Geographical Boundaries (MMMM) | **Compliance Verified** |
| 2.1.4 Requesting Assistance: Federal LE/National Guard (MMMM) | **Compliance Verified** |
| 3 Contractual Agreements for Law Enforcement Services | |
| 3.1.1 Written Agreement for Services Provided (LE1) (MMMM) | **Not Applicable by Function** |
| 4 Use of Force | |
| 4.2.2 Written Use of Force Reports and Administrative Review* (LE1) (MMMM) | **Compliance Verified** |
| 4.2.5 Assault on Sworn Officer Review* (MMMM) | **Compliance Verified** |
| 4.3.3 Annual/Biennial Proficiency Training* (LE1) (MMMM) | **Compliance Verified** |
| 11 Organization and Administration | |
| 11.3.3 Notify CEO of Incident with Liability (LE1) | **Compliance Verified** |
| 11.4.3 Accreditation Maintenance | **Compliance Verified** |
| 12 Direction | |
| 12.1.1 CEO Authority and Responsibility (LE1) | **Compliance Verified** |
| 15 Planning and Research, Goals and Objectives, and Crime Analysis | |
| 15.1.2 Organizational Placement/Planning and Research | **Compliance Verified** |
| 15.1.4 Succession Planning | **Compliance Verified** |
| 15.2.2 System for Evaluation/Goals and Objectives | **Compliance Verified** |
| 17 Fiscal Management and Agency Property | |
| 17.1.1 CEO Authority and Responsibility | **Compliance Verified** |

| Standards | Findings |
|---|---|
| 17.2.1 Budget Process and Responsibility Described | Compliance Verified |
| 21 Classification and Delineation of Duties and Responsibilities | |
| 21.1.1 Job Analysis | Agency Elected 20% |
| 21.2.3 Position Management System | Compliance Verified |
| 22 Personnel Management System | |
| 22.1.6 Clothing and Equipment | Compliance Verified |
| 22.2.2 General Health and Physical Fitness (LE1) | Compliance Verified |
| 22.2.3 Fitness and Wellness Program | Agency Elected 20% |
| 22.3.1 Agency Role | Not Applicable by Function |
| 22.3.2 Ratification Responsibilities | Not Applicable by Function |
| 22.4.3 Annual Analysis* | Compliance Verified |
| 26 Disciplinary Procedures and Internal Investigations | |
| 26.1.1 Code of Conduct (LE1) | Compliance Verified |
| 26.1.2 Employee Awards | Compliance Verified |
| 26.2.5 Annual Statistical Summaries; Public Availability* | Compliance Verified |
| 26.3.5 Statement of Allegations/Rights (LE1) | Compliance Verified |
| 31 Recruitment and Selection | |
| 31.1.1 Agency Participation | Compliance Verified |
| 31.1.2 Assignment/Recruitment | Compliance Verified |
| 31.2.1 Recruitment Plan (LE1) | Compliance Verified |
| 31.2.3 Equal Employment Opportunity Plan | Compliance Verified |
| 31.4.5 Notification of Ineligibility | Compliance Verified |
| 33 Training and Career Development | |
| 33.6.2 Tactical Team Training Program (LE1) | Compliance Verified |
| 33.7.1 Non-sworn Orientation | Compliance Verified |
| 33.7.2 Non-Sworn Pre-Service and In-Service Training | Compliance Verified |
| 34 Promotion | |
| 34.1.1 Agency Role, Authority and Responsibility (LE1) | Compliance Verified |
| 34.1.2 Promotional Process Described | Compliance Verified |
| 34.1.5 Eligibility Lists | Compliance Verified |
| 35 Performance Evaluation | |
| 35.1.6 Unsatisfactory Performance | Compliance Verified |

| Standards | Findings |
|---|---|
| 35.1.8 Rater Evaluation | **Compliance Verified** |
| 35.1.9 Personnel Early Intervention System* (LE1) | **Compliance Verified** |
| 40 Crime Analysis and Intelligence | |
| 40.2.3 Criminal Intelligence Procedures* (LE1) | **Compliance Verified** |
| 41 Patrol | |
| 41.1.4 Agency Service Animals | **Compliance Verified** |
| 41.1.5 Police Service Canines (LE1) | **Compliance Verified** |
| 41.2.3 Roadblocks and Forcible Stopping* (LE1) | **Compliance Verified** |
| 41.3.9 License Plate Recognition Systems | **Compliance Verified** |
| 42 Criminal Investigation | |
| 42.2.6 Informants (LE1) | **Compliance Verified** |
| 43 Vice, Drugs, and Organized Crime | |
| 43.1.4 Equipment, Authorization and Control | **Compliance Verified** |
| 43.1.5 Covert Operations (LE1) | **Compliance Verified** |
| 44 Juvenile Operations | |
| 44.1.2 Policy Input, Others | **Compliance Verified** |
| 44.1.3 Annual Program Review* | **Agency Elected 20%** |
| 44.2.2 Procedures for Custody (LE1) | **Compliance Verified** |
| 45 Crime Prevention and Community Involvement | |
| 45.1.3 Prevention Input | **Compliance Verified** |
| 45.3.2 Training | **Compliance Verified** |
| 46 Critical Incidents, Special Operations, and Homeland Security | |
| 46.1.2 All Hazard Plan (LE1) | **Compliance Verified** |
| 46.1.9 All Hazard Plan Training* (LE1) | **Compliance Verified** |
| 46.1.10 Active Threats* (LE1) | **Compliance Verified** |
| 46.2.2 Tactical Team Selection | **Compliance Verified** |
| 53 Inspectional Services | |
| 53.2.1 Staff Inspections* | **Compliance Verified** |
| 54 Public Information | |
| 54.1.2 Policy Input | **Compliance Verified** |
| 55 Victim/Witness Assistance | |
| 55.2.1 Initial Assistance | **Compliance Verified** |

| Standards | Findings |
|---|---|
| 55.2.2 Assistance, Threats | **Compliance Verified** |
| 61 Traffic | |
| 61.1.12 Parking Enforcement | **Compliance Verified** |
| 61.3.3 Escorts (LE1) | **Compliance Verified** |
| 70 Detainee Transportation | |
| 70.3.2 Hospital Security and Control | **Compliance Verified** |
| 71 Processing and Temporary Detention | |
| 71.3.2 Immovable Objects | **Compliance Verified** |
| 71.4.3 Inspections* (LE1) | **Compliance Verified** |
| 74 Legal Process | |
| 74.1.3 Warrant/Wanted Person Procedures | **Compliance Verified** |
| 81 Communications | |
| 81.1.1 Agreements, Shared/Regional Facility | **Not Applicable by Function** |
| 81.2.11 Misdirected Emergency Calls (LE1) | **Compliance Verified** |
| 82 Central Records | |
| 82.1.2 Juvenile Records (LE1) | **Compliance Verified** |
| 83 Collection and Preservation of Evidence | |
| 83.2.2 Photography, Video and Audio Evidence | **Compliance Verified** |
| 83.2.3 Fingerprinting | **Compliance Verified** |
| 84 Property and Evidence Control | |
| 84.1.6 Inspections and Reports* (LE1) | **Compliance Verified** |

***Response from Agency Regarding Findings:***

CEO Feedback not provided.

# YEAR 3 REMOTE WEB-BASED ASSESSMENT

Compliance Services Member: Bruce Robertson

On 4/1/2020, the Year 3 Remote Web-based Assessment of Atlanta (GA) Police Department was conducted. The review was conducted remotely and included 178 standards from the CALEA® Standards for Law Enforcement Manual. The following standards were reviewed and the findings are denoted:

| Standards | Findings |
|---|---|
| 1 Law Enforcement Role and Authority | |
| 1.2.2 Legal Authority to Carry/Use Weapons (MMMM) | Compliance Verified |
| 1.2.3 Compliance with Constitutional Requirements (LE1) (MMMM) | Compliance Verified |
| 1.2.9 Biased Policing* (LE1) (MMMM) | Compliance Verified |
| 2 Agency Jurisdiction and Mutual Aid | |
| 2.1.3 Written Agreements for Mutual Aid (OOOO) | Compliance Verified |
| 3 Contractual Agreements for Law Enforcement Services | |
| 3.1.2 Employee Rights (MMMM) | Not Applicable by Function |
| 4 Use of Force | |
| 4.1.1 Use of Reasonable Force (LE1) (MMMM) | Compliance Verified |
| 4.1.2 Use of Deadly Force (LE1) (MMMM) | Compliance Verified |
| 4.1.3 Warning Shots (LE1) (MMMM) | Compliance Verified |
| 4.2.1 Reporting Uses of Force* (LE1) (MMMM) | Compliance Verified |
| 4.2.2 Written Use of Force Reports and Administrative Review* (LE1) (MMMM) | Compliance Verified |
| 4.2.4 Analyze Reports* (MMMM) | Compliance Verified |
| 4.2.5 Assault on Sworn Officer Review* (MMMM) | Compliance Verified |
| 4.3.3 Annual/Biennial Proficiency Training* (LE1) (MMMM) | Compliance Verified |
| 11 Organization and Administration | |
| 11.1.1 Description of Organization (LE1) (MMMM) | Compliance Verified |
| 11.3.4 Police Action Death Investigations | Compliance Verified |
| 11.4.1 Administrative Reporting Program | Compliance Verified |
| 11.5.1 Temporary/Rotating Assignments | Not Applicable by Function |
| 12 Direction | |
| 12.1.2 Command Protocol (LE1) | Compliance Verified |
| 12.2.1 The Written Directive System (LE1) | Compliance Verified |
| 15 Planning and Research, Goals and Objectives, and Crime Analysis | |

| Standards | Findings |
|---|---|
| 15.1.1 Activities of Planning and Research | **Compliance Verified** |
| 17 Fiscal Management and Agency Property | |
| 17.4.2 Cash Fund/Accounts Maintenance* (LE1) | **Compliance Verified** |
| 17.5.2 Operational Readiness (LE1) | **Compliance Verified** |
| 21 Classification and Delineation of Duties and Responsibilities | |
| 21.2.2 Job Description Maintenance and Availability* (LE1) (M M M M) | **Compliance Verified** |
| 22 Personnel Management System | |
| 22.2.4 Off-Duty Employment | **Compliance Verified** |
| 22.4.1 Grievance Procedures (LE1) | **Compliance Verified** |
| 26 Disciplinary Procedures and Internal Investigations | |
| 26.1.4 Disciplinary System (LE1) | **Compliance Verified** |
| 26.2.4 Complaint/Commendation Registering Procedures (LE1) | **Compliance Verified** |
| 26.2.5 Annual Statistical Summaries; Public Availability* | **Compliance Verified** |
| 26.3.2 CEO, Notification (LE1) | **Compliance Verified** |
| 31 Recruitment and Selection | |
| 31.3.1 Job Announcements | **Compliance Verified** |
| 31.4.1 Selection Process Described (LE1) | **Compliance Verified** |
| 31.5.1 Background Investigations (LE1) | **Compliance Verified** |
| 31.5.7 Emotional Stability/Psychological Fitness Examinations (LE1) | **Compliance Verified** |
| 33 Training and Career Development | |
| 33.2.1 Academy Administration and Operation | **Compliance Verified** |
| 33.4.1 Recruit Training Required (LE1) | **Compliance Verified** |
| 33.4.3 Field Training Program (LE1) (M M M M) | **Compliance Verified** |
| 33.5.1 Annual In-Service Training Program* (LE1) (M M M M) | **Compliance Verified** |
| 33.8.2 Skill Development Training Upon Promotion (LE1) | **Compliance Verified** |
| 34 Promotion | |
| 34.1.4 Promotional Announcement | **Compliance Verified** |
| 35 Performance Evaluation | |
| 35.1.2 Annual Evaluation* (LE1) | **Compliance Verified** |
| 35.1.9 Personnel Early Intervention System* (LE1) | **Compliance Verified** |
| 40 Crime Analysis and Intelligence | |
| 40.1.1 Crime Analysis Procedures | **Compliance Verified** |

| Standards | Findings |
|---|---|
| 41 Patrol | |
| 41.2.1 Responding Procedures (LE1) | **Compliance Verified** |
| 41.2.2 Pursuit of Motor Vehicles* (LE1) | **Compliance Verified** |
| 41.2.3 Roadblocks and Forcible Stopping* (LE1) | **Compliance Verified** |
| 41.2.5 Missing Persons (LE1) | **Compliance Verified** |
| 41.2.7 Mental Health Issues* (LE1) | **Compliance Verified** |
| 41.3.2 Equipment Specification/Replenishment (LE1) | **Compliance Verified** |
| 41.3.5 Protective Vests (LE1) | **Compliance Verified** |
| 42 Criminal Investigation | |
| 42.1.3 Case File Management (LE1) | **Compliance Verified** |
| 42.2.8 Interview Rooms (LE1) | **Compliance Verified** |
| | |
| 43 Vice, Drugs, and Organized Crime | |
| 43.1.1 Complaint Management (LE1) | **Compliance Verified** |
| 43.1.3 Confidential Funds | **Compliance Verified** |
| 44 Juvenile Operations | |
| 44.1.1 Juvenile Operations Policy (LE1) | **Compliance Verified** |
| 44.2.3 Custodial Interrogation and Interviews (LE1) | **Compliance Verified** |
| 44.2.4 School Services Program | **Not Applicable by Function** |
| 44.2.5 Community Youth Programs | **Compliance Verified** |
| 45 Crime Prevention and Community Involvement | |
| 45.1.2 Community Involvement and Organizing Community Groups | **Compliance Verified** |
| 45.2.2 Citizens Survey* | **Agency Elected 20%** |
| 45.3.3 Uniforms | **Compliance Verified** |
| 46 Critical Incidents, Special Operations, and Homeland Security | |
| 46.1.8 Equipment Inspection* | **Compliance Verified** |
| 46.1.10 Active Threats* (LE1) | **Compliance Verified** |
| 46.2.5 Search and Rescue | **Not Applicable by Function** |
| 46.2.7 Special Events Plan (LE1) | **Compliance Verified** |
| 46.3.2 Hazmat Awareness (LE1) | **Compliance Verified** |
| 53 Inspectional Services | |
| 53.1.1 Line Inspections | **Compliance Verified** |
| 54 Public Information | |

| Standards | Findings |
|---|---|
| 54.1.1 Activities | **Compliance Verified** |
| 54.1.2 Policy Input | **Compliance Verified** |
| 55 Victim/Witness Assistance | |
| 55.1.1 Victim/Witness Assistance | **Compliance Verified** |
| 55.1.2 Review Need/Services* | **Agency Elected 20%** |
| 55.2.3 Assistance, Preliminary Investigation | **Compliance Verified** |
| 61 Traffic | |
| 61.1.1 Selective Enforcement Activities* | **Compliance Verified** |
| 61.1.7 Stopping/Approaching (LE1) | **Compliance Verified** |
| 61.3.4 School Crossing Guards* | **Not Applicable by Function** |
| 61.4.1 Motorist Assistance (LE1) | **Compliance Verified** |
| 70 Detainee Transportation | |
| 70.1.6 Procedures, Transport Destination (LE1) | **Compliance Verified** |
| 70.1.7 Procedures, Escape* (LE1) | **Compliance Verified** |
| 70.4.1 Vehicle Safety Barriers | **Compliance Verified** |
| 71 Processing and Temporary Detention | |
| 71.2.1 Training of Personnel* (LE1) | **Compliance Verified** |
| 71.4.1 Physical Conditions (LE1) | **Compliance Verified** |
| 71.4.3 Inspections* (LE1) | **Compliance Verified** |
| 72 Holding Facility | |
| 72.1.1 Training User Personnel* (LE1) | **Not Applicable by Function** |
| 72.1.2 Access, Nonessential Persons | **Not Applicable by Function** |
| 72.2.1 Minimum Conditions | **Not Applicable by Function** |
| 72.3.1 Fire, Heat, Smoke Detection System, Inspections* | **Not Applicable by Function** |
| 72.3.2 Posted Evacuation Plan | **Not Applicable by Function** |
| 72.3.3 Sanitation Inspection* | **Not Applicable by Function** |
| 72.4.1 Securing Weapons (LE1) | **Not Applicable by Function** |
| 72.4.2 Entering Occupied Cells | **Not Applicable by Function** |
| 72.4.3 Key Control | **Not Applicable by Function** |
| 72.4.4 Facility Door Security | **Not Applicable by Function** |
| 72.4.5 Security Checks | **Not Applicable by Function** |
| 72.4.6 Security Inspections* | **Not Applicable by Function** |

| Standards | Findings |
|---|---|
| 72.4.7 Tool and Culinary Equipment | **Not Applicable by Function** |
| 72.4.8 Alerting Control Point | **Not Applicable by Function** |
| 72.4.9 Panic Alarms* (M M M M) | **Not Applicable by Function** |
| 72.4.10 Procedures, Escape | **Not Applicable by Function** |
| 72.4.11 Report, Threats to Facility* | **Not Applicable by Function** |
| 72.5.1 Detainee Searches | **Not Applicable by Function** |
| 72.5.2 Intake | **Not Applicable by Function** |
| 72.5.3 Sight and Sound Separation (LE1) | **Not Applicable by Function** |
| 72.5.4 Segregation | **Not Applicable by Function** |
| 72.5.5 Procedure, Outside Detainees | **Not Applicable by Function** |
| 72.5.6 Procedure, Exceeding Capacity | **Not Applicable by Function** |
| 72.5.7 Identification, Released Detainees | **Not Applicable by Function** |
| 72.6.1 Procedure, Medical Assistance | **Not Applicable by Function** |
| 72.6.2 First Aid Kit* | **Not Applicable by Function** |
| 72.6.3 Posted Access to Medical Service | **Not Applicable by Function** |
| 72.6.4 Dispensing Pharmaceuticals | **Not Applicable by Function** |
| 72.7.1 Procedure, Detainee Rights | **Not Applicable by Function** |
| 72.8.1 Monitoring of Detainees (M M M M) | **Not Applicable by Function** |
| 72.8.2 Audio/Visual Surveillance | **Not Applicable by Function** |
| 72.8.3 Supervision, Opposite Gender | **Not Applicable by Function** |
| 72.8.4 Receiving Mail/Packages | **Not Applicable by Function** |
| 72.8.5 Visiting | **Not Applicable by Function** |
| 73 Court Security | |
| 73.1.1 Role, Authority, Policies* (LE1) | **Not Applicable by Function** |
| 73.2.1 Facilities, Equipment, Security Survey* | **Not Applicable by Function** |
| 73.3.1 Weapon Lockboxes (LE1) | **Not Applicable by Function** |
| 73.3.2 Use of Restraints | **Not Applicable by Function** |
| 73.4.1 Identification, Availability, Operational Readiness | **Not Applicable by Function** |
| 73.4.2 External Communications (LE1) | **Not Applicable by Function** |
| 73.4.3 Duress Alarms* | **Not Applicable by Function** |
| 73.5.1 Training* | **Not Applicable by Function** |
| 73.5.2 Detainee Searches | **Not Applicable by Function** |

| Standards | Findings |
|---|---|
| 73.5.3 Detainee Property Security | **Not Applicable by Function** |
| 73.5.4 Segregation | **Not Applicable by Function** |
| 73.5.5 Procedure for Medical Assistance | **Not Applicable by Function** |
| 73.5.6 First Aid Kit* | **Not Applicable by Function** |
| 73.5.7 Access of Nonessential Persons | **Not Applicable by Function** |
| 73.5.8 Minimum Conditions* | **Not Applicable by Function** |
| 73.5.9 Fire Alarm System* | **Not Applicable by Function** |
| 73.5.10 Evacuation Plan | **Not Applicable by Function** |
| 73.5.11 Pest Control Inspection* | **Not Applicable by Function** |
| 73.5.12 Securing Weapons (LE1) | **Not Applicable by Function** |
| 73.5.13 Entering Occupied Cells | **Not Applicable by Function** |
| 73.5.14 Key Control | **Not Applicable by Function** |
| 73.5.15 Facility Door Security | **Not Applicable by Function** |
| 73.5.16 Cell Security Checks | **Not Applicable by Function** |
| 73.5.17 Facility Security Inspections* | **Not Applicable by Function** |
| 73.5.18 Designated Control Point (LE1) | **Not Applicable by Function** |
| 73.5.19 Panic Alarms* | **Not Applicable by Function** |
| 73.5.20 Escape Procedures | **Not Applicable by Function** |
| 73.5.22 Posted Access to Medical Service | **Not Applicable by Function** |
| 73.5.23 Audio/Visual Surveillance | **Not Applicable by Function** |
| 73.5.24 Supervision of Opposite Gender | **Not Applicable by Function** |
| 74 Legal Process | |
| 74.1.1 Information, Recording (LE1) | **Compliance Verified** |
| 74.2.1 Procedure, Civil Process | **Not Applicable by Function** |
| 81 Communications | |
| 81.2.6 Calls for Service Information Victim/Witness Calls (LE1) | **Compliance Verified** |
| 81.2.9 Alternative Methods of Communication | **Not Applicable by Function** |
| 81.2.10 Emergency Messages (LE1) | **Compliance Verified** |
| 81.2.13 First Aid Over Phone (LE1) | **Not Applicable by Function** |
| 81.3.2 Alternate Power Source* (LE1) | **Compliance Verified** |
| 82 Central Records | |
| 82.1.1 Privacy and Security (LE1) | **Compliance Verified** |

| Standards | Findings |
|---|---|
| 82.2.1 Field Reporting System (LE1) | **Compliance Verified** |
| 82.3.6 ID Number and Criminal History | **Compliance Verified** |
| 83 Collection and Preservation of Evidence | |
| 83.2.1 Guidelines and Procedures (LE1) | **Compliance Verified** |
| 83.3.2 Evidence, Laboratory Submission (LE1) | **Compliance Verified** |
| 84 Property and Evidence Control | |
| 84.1.1 Evidence/Property Control System (LE1) | **Compliance Verified** |
| 84.1.2 Storage and Security (LE1) | **Compliance Verified** |
| 84.1.3 Temporary Security (LE1) | **Compliance Verified** |
| 84.1.5 Records, Status of Property (LE1) | **Compliance Verified** |
| 84.1.6 Inspections and Reports* (LE1) | **Compliance Verified** |
| 84.1.7 Final Disposition | **Compliance Verified** |
| 84.1.8 Property Acquired through the Civil Process | **Compliance Verified** |
| 91 Campus Law Enforcement | |
| 91.1.1 Risk Assessment and Analysis* (LE1) | **Not Applicable by Function** |
| 91.1.2 Out of Agency Budget Coordination | **Not Applicable by Function** |
| 91.1.3 Campus Background Investigation (LE1) | **Not Applicable by Function** |
| 91.1.4 Campus Security Escort Service (LE1) | **Not Applicable by Function** |
| 91.1.5 Emergency Notification System (LE1) | **Not Applicable by Function** |
| 91.1.6 Behavioral Threat Assessment (LE1) | **Not Applicable by Function** |
| 91.1.7 Security Camera Responsibilities* (LE1) | **Not Applicable by Function** |
| 91.1.8 Emergency Only Phones and Devices* (LE1) | **Not Applicable by Function** |
| 91.1.9 Administrative Investigation Procedures (LE1) | **Not Applicable by Function** |
| 91.2.1 Agency Role and Responsibilities (LE1) | **Not Applicable by Function** |
| 91.2.2 Personnel Assigned to Medical Centers | **Not Applicable by Function** |
| 91.2.3 First Responses Responsibilities | **Not Applicable by Function** |
| 91.3.1 Agency Role and Responsibilities* (LE1) | **Not Applicable by Function** |
| 91.4.1 Position Responsible for Clery Act* (LE1) | **Not Applicable by Function** |

*Response from Agency Regarding Findings:*

CEO Feedback not provided.

# YEAR 4 REMOTE WEB-BASED ASSESSMENT

Compliance Services Member: Russ McElwee

On 10/10/2020, the Year 4 Remote Web-based Assessment of Atlanta (GA) Police Department was conducted. The review was conducted remotely and included 102 standards from the CALEA® Standards for Law Enforcement Manual. The following standards were reviewed and the findings are denoted:

| Standards | Findings |
|---|---|
| 1 Law Enforcement Role and Authority | |
| 1.2.4 Search and Seizure (LE1) (MMMM) | **Compliance Verified** |
| 1.2.5 Arrest with/without Warrant (LE1) (MMMM) | **Compliance Verified** |
| 4 Use of Force | |
| 4.3.5 Firearms Range (MMMM) | **Compliance Verified** |
| 11 Organization and Administration | |
| 11.4.4 Computer Software Policy | **Compliance Verified** |
| 11.4.5 Electronic Data Storage | **Compliance Verified** |
| 17 Fiscal Management and Agency Property | |
| 17.4.3 Independent Audit | **Compliance Verified** |
| 22 Personnel Management System | |
| 22.1.3 Benefits Program (LE1) | **Compliance Verified** |
| 22.1.4 Personnel Support Services Program | **Compliance Verified** |
| 22.1.7 Employee Assistance Program | **Compliance Verified** |
| 22.2.3 Fitness and Wellness Program | **Compliance Verified** |
| 22.2.5 Extra-Duty Employment (LE1) | **Compliance Verified** |
| 26 Disciplinary Procedures and Internal Investigations | |
| 26.1.5 Role and Authority of Supervisors | **Compliance Verified** |
| 26.1.6 Appeal Procedures | **Compliance Verified** |
| 26.1.7 Termination Procedures | **Compliance Verified** |
| 26.2.3 CEO Direct Accessibility | **Compliance Verified** |
| 26.3.4 Informing Complainant | **Compliance Verified** |
| 26.3.7 Relieved from Duty | **Compliance Verified** |
| 26.3.8 Conclusion of Fact | **Compliance Verified** |
| 31 Recruitment and Selection | |
| 31.3.3 Maintaining Applicant Contact | **Compliance Verified** |

| Standards | Findings |
|---|---|
| 31.4.3 Uniform Administration | **Compliance Verified** |
| 31.4.4 Candidate Information | **Compliance Verified** |
| 31.4.7 Selection Criteria (LE1) (MMMM) | **Compliance Verified** |
| 31.4.8 Sworn Appointment Requirements (M M M M) | **Compliance Verified** |
| 31.5.2 Training | **Compliance Verified** |
| 31.5.3 Truth Verification | **Compliance Verified** |
| 31.5.4 Conducted by Certified Personnel | **Compliance Verified** |
| 31.5.5 Use of Results | **Compliance Verified** |
| 33 Training and Career Development | |
| 33.1.1 Training Committee | **Compliance Verified** |
| 33.1.3 Outside Training Reimbursement | **Compliance Verified** |
| 33.1.7 Training Class Records Maintenance | **Compliance Verified** |
| 33.2.2 Academy Facilities | **Compliance Verified** |
| 33.4.2 Recruit Training Program (LE1) | **Compliance Verified** |
| 33.5.3 Accreditation Process Orientation (LE1) | **Compliance Verified** |
| 33.5.4 Accreditation Manager Training | **Compliance Verified** |
| 33.6.1 Specialized Training | **Compliance Verified** |
| 33.8.4 Educational Incentives | **Compliance Verified** |
| 34 Promotion | |
| 34.1.3 Job Relatedness | **Compliance Verified** |
| 35 Performance Evaluation | |
| 35.1.1 Performance Evaluation System | **Compliance Verified** |
| 35.1.4 Evaluation Criteria | **Compliance Verified** |
| 40 Crime Analysis and Intelligence | |
| 40.2.1 Criminal Intelligence Data Collection | **Compliance Verified** |
| 40.2.2 Intelligence Analysis Procedures | **Compliance Verified** |
| 41 Patrol | |
| 41.1.1 Shift/Beat Assignment | **Compliance Verified** |
| 41.1.3 Special-Purpose Vehicles | **Compliance Verified** |
| 41.2.4 Notification Procedures (LE1) | **Compliance Verified** |
| 41.2.6 Missing Children (LE1) | **Compliance Verified** |
| 41.3.1 Patrol Vehicles Lights, Sirens | **Compliance Verified** |

| Standards | Findings |
|---|---|
| 41.3.4 Authorized Personal Equipment | **Compliance Verified** |
| 41.3.6 Protective Vests/Pre-Planned, High Risk Situations (LE1) | **Compliance Verified** |
| 41.3.7 Mobile Data Access | **Compliance Verified** |
| 41.3.8 In-Car Audio/Video/Body-Worn (LE1) | **Compliance Verified** |
| 42 Criminal Investigation | |
| 42.1.2 Case-Screening System | **Compliance Verified** |
| 42.1.4 Accountability, Preliminary/Follow-Up Investigations | **Compliance Verified** |
| 42.1.5 Habitual/Serious Offenders | **Compliance Verified** |
| 42.2.3 Communication with Patrol Personnel | **Compliance Verified** |
| 42.2.4 Investigative Task Forces | **Compliance Verified** |
| 42.2.7 Cold Cases | **Compliance Verified** |
| 42.2.9 Line-ups | **Compliance Verified** |
| 42.2.10 Show-ups | **Compliance Verified** |
| 46 Critical Incidents, Special Operations, and Homeland Security | |
| 46.1.4 Operations Function (LE1) | **Compliance Verified** |
| 46.1.5 Planning Function (LE1) | **Compliance Verified** |
| 46.1.12 Crowd Control Response Training | **Compliance Verified** |
| 46.2.1 Special Operations Activities | **Compliance Verified** |
| 46.2.3 Tactical Team Equipment | **Compliance Verified** |
| 46.2.4 Crisis Negotiator Selection | **Compliance Verified** |
| 46.2.8 Event Deconfliction Process | **Compliance Verified** |
| 55 Victim/Witness Assistance | |
| 55.2.4 Assistance, Follow-Up Investigation | **Compliance Verified** |
| 55.2.5 Assistance, Suspect Arrest | **Compliance Verified** |
| 61 Traffic | |
| 61.1.2 Uniform Enforcement Procedures (LE1) | **Compliance Verified** |
| 61.1.4 Informing The Violator (LE1) | **Compliance Verified** |
| 61.2.1 Crash Scene Response Reporting and Investigation | **Compliance Verified** |
| 61.4.2 Hazardous Roadway Conditions (LE1) | **Compliance Verified** |
| 61.4.3 Towing (LE1) | **Compliance Verified** |
| 70 Detainee Transportation | |
| 70.1.3 Procedures, Transporting by Vehicle | **Compliance Verified** |

| Standards | Findings |
|---|---|
| 70.1.4 Interruption of Transport | **Compliance Verified** |
| 70.1.8 Notify Court of Security Risk (LE1) | **Compliance Verified** |
| 70.2.1 Detainee Restraint Methods (LE1) | **Compliance Verified** |
| 70.3.3 Special Situations | **Not Applicable by Function** |
| 70.4.2 Rear Compartment Modifications (LE1) | **Compliance Verified** |
| 70.5.1 Prisoner ID and Documentation | **Compliance Verified** |
| 71 Processing and Temporary Detention | |
| 71.1.1 Designate Rooms or Areas (LE1) | **Compliance Verified** |
| 71.3.1 Procedures (LE1) | **Compliance Verified** |
| 71.3.3 Security in Designated Temporary Detention Processing and Testing Rooms/Areas (LE1) | **Compliance Verified** |
| 74 Legal Process | |
| 74.1.2 Execution/Attempt Service, Recording | **Compliance Verified** |
| 74.3.1 Procedure, Criminal Process | **Compliance Verified** |
| 81 Communications | |
| 81.1.2 Operations Meet FCC Requirements | **Compliance Verified** |
| 81.2.1 24 Hour, Toll-Free Service (LE1) | **Compliance Verified** |
| 81.2.3 Recording Information (LE1) | **Compliance Verified** |
| 81.2.4 Radio Communications Procedures (LE1) | **Compliance Verified** |
| 81.2.7 Recording and Playback (LE1) | **Compliance Verified** |
| 81.2.8 Local/State/Federal CJI Systems | **Compliance Verified** |
| 81.3.1 Communications Center Security (LE1) | **Compliance Verified** |
| 81.3.3 Mobile/Portable Radios | **Compliance Verified** |
| 82 Central Records | |
| 82.1.5 Report Accounting System | **Compliance Verified** |
| 82.2.2 Reporting Requirements (LE1) | **Compliance Verified** |
| 82.2.4 Report Distribution | **Compliance Verified** |
| 82.2.5 Reports by Phone, Mail or Internet | **Compliance Verified** |
| 82.3.2 Index File | **Compliance Verified** |
| 82.3.4 Traffic Citation Maintenance (LE1) | **Compliance Verified** |
| 83 Collection and Preservation of Evidence | |
| 83.2.4 Equipment and Supplies (LE1) | **Compliance Verified** |

| Standards | Findings |
|---|---|
| 83.2.5 Procedures, Seizure of Electronic Equipment | **Compliance Verified** |
| 83.2.6 Report Preparation (LE1) | **Compliance Verified** |
| 84 Property and Evidence Control | |
| 84.1.4 Security of Controlled Substances, Weapons for Training (LE1) | **Compliance Verified** |

*__Response from Agency Regarding Findings:__*

CEO Feedback not provided.

# SITE-BASED ASSESSMENT

1/27/2022

## *Planning and Methodology:*

The Atlanta Police Department continues to operate as a full service law enforcement agency while facing local, state, and national contemporary issues pertaining to COVID-19, the economy, partisan politics, law enforcement reform, and civil unrest in addition to the traditional challenges of law enforcement like crime and community services.

In June 2020 the Atlanta Police Department experienced an officer involved shooting that resulted in the death of an African-American male. That incident sparked civil unrest, political controversy, and the resignation of Atlanta Police Chief Erika Shields. Rodney Bryant was named interim chief of police and continues to serve in that capacity.

Although many of the challenges noted still remain and will continue to be challenges in the weeks and months ahead, the Atlanta Police Department is operating under a well defined leadership structure and appears to be making positives strides to overcome these challenges.

Based on the 2017 Assessment Report and contemporary issues, 5 Areas of Focus were identified for this Site-Based Assessment. This site based assessment was conducted using remote conferencing platforms and virtual tours as the primary source of information for standards verifications and areas of focus.

## *Use of Force Procedures*

A review of the agency's police and procedures did not identify any standards compliance issues. However, in spite of the agency's internal/external reviews they have incorporated some immediate changes and continue to work on additional changes for the future.

The APD's use of force data is incomplete so only a limited amount of information is available for analysis. The agency attributed the incomplete data in part due to the cyber attack in 2017. Based on the information provided by the agency you can see a statistically significant increase in the number of use of force occurrences during this assessment period. From 2016 to 2019 the APD has seen a 42% increase in the number of use of force applications. Since the data is incomplete this assessment was unable to analyze the impact on suspect injuries, as to whether or not the increase in use of force applications has had an impact on injuries to suspects. Due to limited data this assessment is also not able to adequately analyze the impact on officers being injured. Although no data provided for 2016, the data for 2017-2019 suggests about a 16% increase in use of force arrests. Use of Force complaints also appear to have increased from 29 complaints in 2016 to 49 complaints in 2018 but down to only 3 complaints in 2019.

The APD relies on the Annual Use of Force Report generated by the Police Training Academy to enter the Atlanta Police Department data into the CALEA Information Management & Reporting System (CIMRS). These documents are posted in PowerDMS as proofs for each year calendar year. The agency acknowledged that the CIMRS report does not reflect the detailed demographic use of force data from 2016 and 2018. The agency noted that use of force reporting has evolved over the years. The APD's 2016 Use of Force Report notes: "Information pertaining to officer demographics was not previously included in the Supervisor's Use of Force Supplement (APD Form 809). Following the 2016 use of force analysis, these fields were added to the 2017 Use of Force Forms." The 2019 Use of Force Report notes: "Following a review of the 2019 use of force analysis, it was determined that additional fields should be added to the Supervisor's Use of Force Supplement Form (APD Form 809). Fields indicating if an arrest was made or not and if a canine was used to apprehend a suspect." The agency is continuously working to improve their use of force reporting.

Until present, use of force analysis by the Training Academy has been accomplished primarily through a manual

process with data entered from forms onto a spreadsheet. The APD is in the process of testing and implementing a new Use of Force Module that will electronically capture all the data from the Supervisor's Use of Force Supplement (APD Form 809), and the Use of Force Incident Report into their Record Management System to be able to create dashboards and track use of force as it occurs. This platform is scheduled to "Go Live" in January 2021. The agency's intent is to have their use of force data published on their website in a fashion similar to other agencies.

The agency also acknowledged the use of force incidents did increase 42% from 433 in 2016 to 615 in 2019. They believe this is attributed in part from more emphasis and thorough reporting when using physical force, but also believes their is a decline in the community's willingness to comply with law enforcement thus resulting in an increase in use of physical force incidents. The agency noted that, "almost the entire difference between the total use of force in 2016 and 2019 comes from the additional 189 physical force cases." While the use of force reports increased, use of force complaints have decreased from 29 complaints in 2016 to only 3 complaints in 2019.

In June 2020 the Mayor of Atlanta issued multiple sets of administrative orders pertaining to eh APD's use of force procedures. The initial administrative order required the APD to adopt the "8 Can't Wait" principles, instituted "Pre-Arrest Diversion", and established the mayor's Use of Force Advisory Commission.

The APD prohibits chokeholds and warning shots and has a written policy detailing the use of force continuum as well as provisions for the use of deadly force. The APD has recently incorporated policy changes to require "de-escalation" as part of conflict resolution and/or citizen confrontation, mandating a "duty to intervene" and report excessive use of force, and prohibit firing at moving vehicles. These changes were made in conjunction with some of the recommendations set forth by the Us of Force Advisory Commission.

In addition to the policy changes noted, the APD has also incorporated changes to their training program:
*Reinstituted Crisis Intervention Training (CIT) for new and current officers.
*Integrating Communications, Assessment, and Tactics (ICAT) curriculum developed by the Police Executive Research Forum (PERF).
*Blue Courage Program
*Duty to Intervene
*Social Justice Training; which includes basic and leadership segments.
*Tactical Emergency Training
*Revised Firearms Training with additional 4 hours of de-escalation practical

In addition to these training changes the APD is also incorporating "mobile training" to start in 2021 whereby they will be conducting off-site training in the patrol zones for all shifts. This training will afford officers a more realistic and timely recurring training opportunity. Members of the APD academy will select a number of officers working and call them to respond to s scenario based exercise where they will be assessed on their de-escalation skills.

All of these measures combined are designed to improve the APD's ability to meet the needs of their community, protect their officers, and reduce the need for use of force wherever possible.

*Standards Issues:*

No standards issues were noted, reported, or identified during the site assessment.

*Suggestions*

The APD should endeavor to continue to improve their Use of Force data collection and analysis in order to better identify any trends/patterns and address them in a timely manner.

## *Body Worn Cameras/Officer Conduct*

The assessment team met with the Body Worn Camera Unit which consists of 2 sergeants and 3 investigators. This 5 person unit manages the APD's BWC program. APD policy requires commanders to conduct periodic audits of BWC usage compliance and periodic reviews of BWC videos for content/performance. APD commanders (lieutenants) conduct weekly audits of their personnel's BWC footage. They are required to select 5 officers/detectives under their command to review a sampling of their BWC videos for policy activation compliance. The audits are documented on a Form 525 that captures the name of the officer/detective, the number of calls he/she responded to, and any potential BWC usage issues/discrepancies. The audit forms are then routed to the BWC Unit for review and follow-up if necessary. In addition to the weekly compliance audit, the agency also requires lieutenants to review BWC footage for content. The content reviews are conducted in order to better assess performance in the field and address any issues/concerns before they manifest into a problem. The content/performance reviews are performed twice per month and documented on a Form 526. The report identifies the officer(s) audited and any praises or concerns that warrant further follow-up. If a deficiency is denoted the follow-up could require remedial training or further investigation for proper corrective and/or disciplinary action.

In May 2020 the APD amended their BWC usage policy from requiring activation upon arrival at a scene to now activating BWC upon receiving a call. This policy change was implemented in order to ensure all aspects of a call were captured and minimize inadvertent inactivation's or missed footage leading up to on-scene activation. APD also has implemented technology that automatically triggers BWC activation anytime an officer unholsters their sidearm or they activate their blue lights.

If an officer is believed to be non-complaint with agency policy on BWC usage an internal investigation is conducted. If the investigation determines a violation of policy has occurred the investigation package is routed to the Office of Professional Standards. The officer(s) involved are given notice of "proposed adverse action" and given the opportunity to respond to the charges/allegations. The Police Major that oversees OPS then holds a hearing to determine findings and final disposition. A suspension without pay is the disciplinary action imposed unless the presiding Police Major determines mitigating circumstances in which case he/she can impose a reduced disciplinary action. The APD's most recent audit in 2020 reports a 94-95% BWC activation compliance rate. The APD strives for 100% compliance so they are currently working on integrating their new CAD system into automatically activating an officer's BWC when assigned a call when GPS identifies them as approaching the scene. This would reduce human error and assist achieving as close to 100% compliance as possible recognizing that technological failures are always possible. The CAD roll-out is expected to be completed in late 2021 and the APD is working with Axon on a beta version of this combined technology expected to roll-out in spring/summer 2021.

In order to better address the "conduct/performance" concerns, all BWC content issues (non-activation issues) are formally investigated by either the respective unit commander or Internal Affairs for proper corrective action.

The Atlanta Police Department has written policy that details the internal affairs function and outlines the internal administrative review process for employee conduct. In addition to the agency's internal investigation process the APD also has a Citizen's Review Board. The Atlanta Citizen's Review Board (ACRB) was established in 2008. The ACRB does possess subpoena powers but they are rarely used. The ACRB is a totally separate entity within the city government that has independent investigatory authority in law enforcement and corrections matters. In addition to the investigatory authority the ACRB also serves to facilitate mediation between the APD and citizens with complaints. In Atlanta, a person with a complaint against an APD employee has the option of filing a complaint with the Atlanta Police Department, the ACRB, or both. Although there is collaboration between the APD and the ACRB to minimize duplication of efforts, the ACRB reports to the Mayor whereas the APD IA reports to the Chief of Police. The ACRB does submit its findings to the Chief of Police with their recommendations but the recommendations are not binding. The Chief of Police has sole authority in final resolution/disposition. As of this assessment period, it was reported that

the rate of agreement between the ACRB and the APD is about 41% which is significant higher than the 17% rate of agreement in years past.

Overall, the APD has seen a statistically significant decrease in citizen complaints. From 2016 to 2019 the agency has seen a 26% decrease in citizen complaints with about a 22-23% sustained complaint ratio. The APD did see a decrease in the percentage of sustained complaints in 2017 and 2018 that was in the 14-15% range but back to 22% in 2019. No data for 2020 was available yet for trending comparison. Conversely, the agency saw a slight increase (5%) in the number of internally generated complaints but a decrease in the ratio of sustained internal complaints from 58% sustained in 2016 to 23% sustained in 2019.

In 2020 as a result of the Mayor's Use of Force Advisory Council and the APD's Internal Use of Force Commission several recommendations have been implemented and several more pending.

Some of the most recommendations for implementation include:
-More BWC activation/utilization
-Verbal authorization from a supervisor to deactivate BWC
-More citizen access to BWC
-Requirement for verbal warnings from officers before use of force
-Requirement for officers to intercede and report misconduct
-More citizen awareness of the Atlanta Citizen's Review Board
-Better exchange of information between the APD and the ACRB
-Better citizen access to use of force and IA data
-Increase the agreement rate between the APD and ACRB

The APD continues to support and expand their Body Worn Camera Program.

### Standards Issues:
No standards issues were noted, reported, or identified during the site assessment.

### Suggestions
The agency has experienced some difficulties with the center chest mounted Axon BWC cameras. The positioning of the cameras especially for tactical officers is rendered limited when using a patrol rifle or taking a tactical position limits the camera angle/view. The APD should continue to explore other BWC mounting options to better address field of view.

The APD also needs to restore and report use of force and IA data lost/compromised during the 2017 cyber attack.

### Community Engagement
The APD takes pride in their engagement programs centered around community policing. They report the philosophy of community policing begins at the patrol officer level and continues all the way through to the Chief of Police. The Community Engagement Section is headed by a police Major. Community Policing/Engagement programs include:
Police Athletic League (PAL)
Homeless Outreach Unit (Hope)
Probation and Parole Unit (Cops)
Hispanic Outreach Group
Community Relations Unit
Crime Prevention Unit (All Civilian)
Program to Interrupt Violence Through Outreach (PIVIT)

In addition to the above programming, each individual Division Commander conducts their own community engagement efforts ranging from patrol officers' day to day interaction with the citizens in their beat to divisional command level personnel attending community meetings and concerned citizen groups.

The need for strong lines of communication lie at the heart of the community engagement efforts for the Atlanta Police Department. Patrol Commanders consistently meet directly with City Council members and other community leaders to discuss the problems within their geographic area of command.

This combined effort by both the community engagement division and patrol works on both citywide and ongoing community concerns. Examples given included "the Waterboys" which is a group of mainly juveniles that occupies street corners selling bottled water and committing minor acts of criminal nature thus becoming neighborhood nuisances. Street racing seems to be an ongoing issue within the city limits of Atlanta and one that both community policing and almost all our community contacts had mentioned. Street racing is the unlawful use of ATV's on city streets in large packs creating both traffic and noise issues.

The community engagement team also works with the community on long-term social projects such as the Pre-arrest Diversion Program and Court Watch. Both seem to have limited success in the City of Atlanta. The Pre-Arrest Program was designed to provide a multitude of services to first offenders for minor violations, oftentimes linking other city resources. With the recent push for "no cash bails" there has been less interest for offenders to enter the Pre-Arrest Program since there is little to no incentive as a result of eliminating the cash bail system. Since offenders are being released, there is less incentive to participate in the Pre-Arrest Program. The Court Watch program encouraged business and community leaders to attend court as a way of monitoring the actions/sanctions imposed by the courts. This was designed to give community members a first hand perspective of the legal system and hold courts accountable. This program too has seen a decrease in community interest/involvement.

Despite some of the ongoing challenges, the APD continues to work towards enhancing community relations. The APD continue to hold neighborhood, community, and civic meets but in a more virtual/remote platform in order to maintain social distancing requirements. With so much misinformation being disseminated through social media, the APD strives even harder to maintain community meetings as a way to insure accurate information is being shared.

In recent months the APD has embarked on a quest to further enhance community meetings to also include business owners since many of the quality of life issues presenting the city are a shared responsibility between the area businesses and the communities they effect. Night clubs are just one example of what is generating quality of life issues. Since many clubs are exempt from statewide regulatory health restrictions they have become an inviting place for people from all over the country to migrate to. This has created many challenges for the APD and neighboring communities. Bringing community members and business owners together has been beneficial in brokering communication, managing realistic expectations, holding people accountable, and representing the realities of what law enforcement has the authority to do as well as what they do not have the authority to do.

Perhaps one of the most inspiring partnerships is the "At Promise Center" where the APD and the Police Foundation come together to provide at risk youth with resources and programs to aid them and their families. Although the city currently only operates one center, they are planning to open a second location in 2021.

When asked what they believe were the strengths and weaknesses of the current community policing model they listed the following:

Strengths included progressive programming and partnerships with the community again listing Homelessness Engagement Resources of Atlanta, Pre-arrest Diversion Programming, and partnerships with other stakeholders such as the MARTA Rail System.

Weaknesses were described as failing to communicate the limitations of many of the community engagement programs. The command level personnel felt that much of the public had unrealistic expectations of the success rate that could be gained through these type of outreach programs.

### Standards Issues:

No standards issues were noted, reported, or identified during the site assessment.

### Suggestions

Continue to foster an environment across all ranks of the agency that promotes/encourages all levels of community engagement both formally and informally. Informal community engagement can be accomplished by all personnel and tend to have a very real impact on connecting with the community. The APD has a good foundation to build upon.

### Recruitment & Retention

Recruitment and retention were noted as future issues in the 2016/2017 site-based assessment as well as referenced by APD staff during this assessment.

During this assessment several members of the APD Training Staff were interviewed including Assistant Chief of Police Gibbs, Major Browning, Sergeant Brown, and Sergeant Reese.

Assistant Chief Gibbs oversaw the Training Division in 2017 when the APD reported to the CALEA team they were struggling with recruitment and retention. Since that time the City of Atlanta has made great progress in this area and by 2019, they had increased the strength of the Atlanta Police Department (APD) by approximately 200 sworn officers. Staff attributed much of their recruitment and retention success to a significant pay increase that had been voted on and accepted by the City Council in 2018. Staff also acknowledged that in 2020 due to several external factors not limited to civil unrest, COVID-19, and a shifting attitude toward policing as a long-term career, had led to a higher-than-normal rate of attrition amongst sworn personnel. APD staff believes this trend has leveled off in recent weeks and that over the last four months they have seen several Atlanta Police Officers that had left the organization apply for re-employment bringing the total number of rehires to 10 in 2020.

During calendar year 2020, the APD received approximately 500 applications of which 106 were hired and 80 are currently in POST evaluation pending possible hiring.

APD staff has an extremely optimistic attitude toward their ability to rebound from the 2020 hiring challenges they have faced and noted they have started to see a more positive attitude from city officials supporting the Police Departments efforts to try to fill their ranks. APD staff also noted that although they have seen some recent support from the community and city leaders there are still many more hurdles to overcome. Many of these hurdles which depicted a lack of support for the APD have fueled morale issues for current employees and created difficulties in hiring new employees.

APD staff discussed their current strengths in recruiting and retaining personnel as well as what they viewed to be possible hurdles in the future. Staff indicated that the quality of personnel working in the Training Division was second to none and that the manner in which they represented the Atlanta Police Department in these vital roles reflected the highest level of integrity and service to the community. Staff indicated the number one issue facing the Training Division as it pertains to better recruitment is technology. The APD is working with city stakeholders and outside vendors to create a better website that would allow for targeted recruitment and a smoother transition through the hiring process.

Staff also noted seeing a greater number of applicants dropping out towards the end of the hiring process. One senior staff member stated in her years in this position she had never seen as many potential applicants drop out after completing the majority of the necessary requirements to be hired into the Academy. She and other staff members are attempting to identify the cause of this trend and look to implement strategies that will maintain applicants through the

process.

The APD has a well defined selection process. The agency uses a "sign off" method of approval of applications for hire. Starting with the Sergeant in the personnel unit and ascending all the way to the Chief of Police, each application is reviewed as a packet and must be approved by everyone in that chain of command up to final approval by the Chief of Police.

The APD is continuing to focus on not just recruiting more officers to fill the vacancies experienced in 2020 but retain those officers that exemplify their agency and the profession in these most difficult times. Although they have seen a slight increase in morale these past few weeks there is still much more progress to be made.

### *Standards Issues:*

No standards issues were noted, reported, or identified during the site assessment.

### *Suggestions*

Continue to explore ways to recruit new employees but also identify ways to retain current officers through conventional and unconventional means that motivate and inspire.

### *Evidence Control*

Evidence control was noted as a future issue in the 2016/2017 site-based assessment. In 2017 the Atlanta Police Department was the victim of a cyber attack that compromised much of their digital data. The APD is still rebounding from the effects of that attack. Although the integrity of the data does not appear to have been compromised, the ability to access and/or retrieve data was compromised.

The APD created a virtual video tour of their evidence storage facility. The video outlined the general evidence section containing more than 1 million items of evidence, the narcotics vault, the high value money and jewelry vault, and the weapon vault / gun armory.

Lieutenant Patterson serves as the evidence custodian and has only been part of the unit for about 11 months. During 2020, the evidence unit had undertaken several large projects including data recovery from a cyber-attack in 2017 and implementation of the MARK 43 Evidence Management System.

During May of 2017, the City of Atlanta experienced a cyber-attack from an outside unknown source that completely wiped out the data containment system for all evidence being tracked digitally. The breach of evidence consisted of over nine months of recorded data. The evidence team worked multiple months to restore the missing data. This restoration took physical counts of nearly 1 million items in their evidence locker as well as physical counts of evidence receipts, cash receipts and tracking of narcotics forms. The total restoration for the loss data was completed in January of 2020.

Lieutenant Patterson indicated the evidence and property section not only complied with all applicable CALEA standards related to evidence management but went above and beyond in order to ensure the integrity of all evidence and property. The evidence section works closely with the Internal Audit Division for the City of Atlanta to complete a 100% audit of all cash assets contained within the Atlanta Police evidence section every 30 days.

Lieutenant Patterson also noted he was extremely proud of the positive feedback he has received from many citizens that have interacted with the property room. In the last 18 months he and his staff have implemented several policies and procedures to make interactions with the property room both faster and more user friendly. These recent changes include a total separation of vehicle and vehicle inventories from the general property section therefore allowing citizens quicker access to the property room. He also believes this focus on customer service has been extremely beneficial for his division.

*Standards Issues:*

No standards issues were noted, reported, or identified during the site assessment.

*Suggestions*

N/A

*Summary:*

**Number of Interviews Conducted:** 57
**Assessors' Names:** Humberto Cardounel, Jr. and Wayne Scott
**Site-Based Assessment Start Date:** 11/16/2020
**Site-Based Assessment End Date:** 11/18/2020

| | |
|---|---|
| **Mandatory (M) Compliance** | 318 |
| **Other-Than-Mandatory (O) Compliance** | 44 |
| **Standards Issues** | 0 |
| **Waiver** | 0 |
| **(O) Elect 20%** | 5 |
| **Not Applicable** | 92 |
| **Total:** | 459 |

| | |
|---|---|
| **Percentage of applicable other-than-mandatory standards:** | 89.796 % |

# COMMUNITY FEEDBACK AND REVIEW

## *Public Information Session*

The Public Information Session was held Tuesday, November 17, 2020 at 6:00PM EST. The session was set up to be done via a virtual platform using Zoom in order to allow for greater public access. The Public Information Session was announced through a variety of social media avenues to include the APD's website and home page. Although the session was also provided to the local news media there was no media attention. The Public Information Session had one person sign up to speak but that person did not call in.

No attendees from the general public participated in the Public Information Session.

One person did contact the Team Leader using the call-in session number to advise he could not log into the Public Information Session on Zoom so he provided the Team Leader with comments over the phone.

Chief Scott Kreher, Metropolitan Atlanta Rapid Transportation Authority. Chief Kreher spoke in support of the APD's re-accreditation. Chief Kreher assumed the chief's position in March 2020 and has relied heavily on the APD for their assistance with not just operational matters but administrative too. The MARTA Police are CALEA accredited so they share information on many different levels. During the recent civil unrest in Atlanta, the MARTA Police had a representative embedded in the APD's Joint Operations Center. Chief Kreher spoke highly of the APD.

## *Telephone Contacts*

The Call-in Session was held Monday, November 16, 2020 from 2:00-4:00PM EST. The APD provided each team member with a cell phone that had a dedicated line that members of the public could call on.

Professor Dean Dabney (Georgia State University). Professor Dabney spoke in support of the APD and highlighted some of their partnership efforts over the years. The APD routinely shares data with the university for the purpose of research. The APD on prior recent occasions has reached out the university for an academic perspective on issues/challenges. Two recent research efforts were focused on the use of body worn cameras and the second one was on the use of force. The APD and the university also collaborate on the Atlanta Leadership Institute which is a leadership development program all sergeants and lieutenants are required to attend. They have partnered on this program for 9 years.

David Wardell (Vice President, Central Atlanta Progress). This is a private non-profit corporation with a focus on vitalizing the downtown Atlanta area. Mr. Wardell spoke in support of the APD. He described the APD as a partner in the efforts to make Atlanta a vibrant community. They have worked together to address many issues such as; homelessness, pan handling, homeland security, and emergency preparedness. Both agencies collaborate on the "broken windows theory" and share vital information in order to make Atlanta a "clean, safe, and hospitable" community. He praised the many officers, commanders, and chief of police on the strong partnerships.

Marshall Freeman (Chief Operating Officer, Atlanta Police Foundation). Mr. Freeman has served in this capacity for 5 years and spoke in support of the APD. The foundation is a non-profit organization with a shared vision for reducing crime in Atlanta and enhancing relationships between the APD and the community. The foundation works independent of the APD but brings the APD, the community, and the private sector together to works towards common goals.

Marcus Neville (Director of Public Safety and Operations for Midtown Improvement Center). Mr. Neville has Law Enforcement experience and worked for a Georgia County Sheriff's Office in the past. He has been in his current directors' position for the past three years and has worked directly with APD on many projects. He spoke in support of the APD and he believes they "goes above and beyond related to community relations". Mr. Neville stated that he has

security resources under his direction, and they have assisted APD on several events close to their property.

Mr. Neville also noted he was quite familiar with the CALEA process and that the department he worked for several years ago was CALEA accredited. He believed in his opinion that APD was a model organization and others should follow their lead. Mr. Neville had a very high opinion of the Atlanta Police Department, however he had a less than high opinion of some elected officials and city leaders in respect to their impact on the APD.

### *Correspondence*

No correspondence received.

### *Media Interest*

Although the news media was provided information about this site-based assessment there were no media inquiries or contact with the assessment team.

### *Public Information Material*

No materials provided.

### *Community Outreach Contacts*

Mr. Jon Keen (Chief Operating Officer for the City of Atlanta). Supportive of the Atlanta Police Department. The City of Atlanta has worked with the APD on a variety of issues to include better pay for the APD, better access to training to meet current and future community needs, access to personal protective equipment for first responders, addressing homelessness in the city, reducing violent crime, and improving mental health services to reduce impact on law enforcement. The COO and Mayor's Office supportive of more multi-disciplinary approaches to solving issues so it is not always for the APD to resolve. The COO also referenced the Mayor's Use of Force Task Force and working with the agency to improve community engagement.

Professor Dean Dabney (Georgia State University). See summary in Telephone Contacts.

Professor Robert Friedmann (Georgia State University). Supportive of the (APD). Teaches a leadership program in which many of the APD command staff have attended. Dr. Friedman spoke very highly of the Atlanta Police Department and felt they were following many of the principles of community policing. They had made great strides to diversify their workforce and their command level and they treat all people fairly in his opinion. When asked by this assessor what could use improvement, he stated "the city government. Atlanta is a City that wants to be". Dr. Friedmann feels that many of the issues that are blamed on the Atlanta Police Department stem from the elected officials of the City of Atlanta placing blame or putting the Police Department in a "no-win situation". He stated he is aware of missteps the Department has made from time to time but always has seen the Command Staff take appropriate action to correct those issues. Dr. Friedmann says his greatest concern is about the morale of the rank and file of the APD. He feels that if city government does not openly begin to support the officers in a more positive way the City will lose many great police officers.

Mr. David Wardell (VP Central Atlanta Progress & Atlanta Downtown Improvement District). See summary in Telephone Contacts.

Mr. Marcus Neville (Director of Public Safety and Operations for Midtown Improvement Center). See summary in Telephone Contacts.

Ms. Anne Phillips (Neighborhood Planning Unit Chairperson). Supportive of the APD. Ms. Phillips reported having what she described as "a great relationship with the police". She felt the police that work in her community were especially responsive to their community needs. As a neighborhood planning unit chairperson, she has weekly contact with her neighborhood officers and bi-weekly contact with the Commanders of her patrol division. She further stated that she

believes the APD has great support in the community but only the disgruntled voices are heard. She mentioned a community wide problem that was a reoccurring theme; street racing has been an ongoing issue in her community for several months . She has worked with her neighborhood officers as well as the local District Attorney to try to bring some closure to this issue. She is disappointed they have not been able to find the correct solution as of yet. She stated her greatest concern related to policing was the lack of support they had from local government.

Ms. Dorothy Hurst (Neighborhood Planning Unit Member). Supportive of the APD. Ms. Hurst has lived in the downtown Atlanta area for the past 19 years. She states she has a huge passion for public safety and a great appreciation for what they do. She believes the joint effort of the community and APD has resulted in great strides in public safety over the last 10 years. She believes that neither the police nor the community can affectively make their community better without total cooperation from one another. She is extremely pleased with her local officers and with the current command of the APD, however she would like to see more transparency in all of Atlanta's government including the APD related to investigations and press releases, etc. Ms. Hurst feels that her community is a model for the entire Atlanta police and community relations group. Ms. Hurst had one comment concerning the license and review group that is contained within the APD. She describes this group to be a gatekeeper for new clubs or social events and gatherings in the downtown area and she would like to have more conversation between this police led group and the community groups which are affected by their decisions.

Mr. Marshall Freeman (Chief Operating Officer for Atlanta Police Foundation). See summary in Telephone Contacts.

Ms. Cleta Winslow (Atlanta City Councilwoman). Supportive of the APD. Noted that although they may not always agree on every issue and has had both positive and negative encounters she has had a very strong relationship with the APD. When there was talk of "defunding the police" she voted against it and pushed more more funding for resources and training. As an elected official she looks at the whole picture and realizes that law enforcement is all too often tasked with things that should be addressed by other agencies or service providers. Supports the Police Athletic League, sits on the Civil Rights Board, supported pay increases for the APD, and believes in the agency as one of the best in the country.

Mr. Dustin Hillis (Atlanta City Councilman). Supportive of the APD. Elected to city council in 2018 put sits on the public safety committee so has learned a lot about the agency during his short tenure. Supported pay increases for the APD to improve recruitment and retention. Acknowledged that recent events in 2020 have had a detrimental effect on recruitment and retention despite the strides they had made leading up to this year. He is pushing for the APD to further examine their beat structure and manpower allocation so as to better deploy personnel and resources.

Ms. Lauren McAuley (Deputy District Attorney for Fulton County). Supportive of the APD. Acknowledged that the relationship between her office and the APD after the shooting and taser events in May and June had been severely strained. There was a great deal of political influence as a result of the upcoming election for Fulton DA which added to the strain on the relationship between the DA and the APD. Ms. McAuley is optimistic that the newly elected district attorney that will take office in January 2021 will improve the relationship between the two agencies. She has worked closely with the APD for over 8 years and spoke highly of the investigative units she works with. She did note she would like to see the APD assign more senior investigators to lead the younger ones, more training for Special Victims Unit staff, and more staffing for the Gun Assault Team.

Ms. Nancy Johnson (Urban League of Greater Atlanta). Supportive of the APD. They work with the agency on several matters to include: the "At Promise Center" which is a community youth outreach program, the Citizens Review Board, and the Community Advisory Council" recently formed by Chief Bryant. The Community Advisory Council also has representatives from the NAACP and the ACLU amongst other civic and community members. The At Promise Center is in the process of opening a second location in the city to further enhance community engagement and services to Atlanta's at risk youth.

Reverend Lavonia McIntyre (Police Chaplain). Supportive of the APD. She married an Atlanta Police Officer 40 years ago that retired from the APD over 10 years ago and she and her husband are still active in their ministry and in

advocating for the Atlanta Police Department. Rev. McIntyre strongly supports the Police Department and "has nothing bad to say about them". She believes that both the rank and file and the command staff work very well together. She does have concern at times for the way the City of Atlanta portrays them through their media and public and elected officials. During the year 2020, COVID-19 and civil unrest have dominated the headlines and she has seen an effect in officer morale that is unhealthy for the officers. She would like to see the command staff as well as the elected officials encourage the officers to seek out psychological assistance where needed for treatment for things such as PTSD. If local city government would support the department in better ways, they would have better opportunities to recruit and retain the good people that live within the city limits that want to be part of the Police Department.

Reverend Dale Stephens (Local Pastor). Supportive of the APD. Very little contact with the police in the last three years since he had been pastoring a church in Atlanta. However, the contact he has had has been very positive. He sees officers regularly patrol the neighborhood in which his church exists. His experience living in Atlanta for almost 14 years is that the officers are very polite, very personable, and very accessible. Reverend Stephens pointed out the Police Athletic League (PAL) is a program he thought was extremely successful and should be continued to grow within the city. The Pastor indicated that his church had supported the PAL program in the past and he knew many people in the clergy who had seen young folks turn their lives around because of the influence of something like the Police Athletic League.

Mr. Samuel Reid (Executive Director of the Atlanta Citizen's Review Board). Supportive of the APD. Described the APD as being responsive and collaborative. The two agencies work to improve and strengthen community relations by providing a means to share information and educate each other. Mr. Reid acknowledged they do not always agree on every issue but there is good communication and a desire to work together towards solutions. Additional information about the CRB is noted in the Focus Areas.

Ms. Moki Macias (Director of the Atlanta Pre-arrest Diversion Program). Supportive of the APD. This is a pre-arrest diversion program, nonprofit, in Atlanta. They work in two of the six police districts. She advocated for extending her program to the other remaining four patrol districts. Although supportive of the APD, she wished that the command level officers would give greater guidance to the patrol level people making decisions about minor arrests. Her nonprofit program is designed to defer charges for minor offenses, at the discretion of the patrol officer. She believes that the message is somewhat distorted from the Chiefs office down to patrol concerning her program. She further believes that there is a culture that evaluates officer performance based off the number of arrests they make. Ms. Macias commented in a very positive light concerning what she had observed with the APD and their willingness to communicate with their community and felt they needed more support from City Hall.

# STATISTICS AND DATA TABLES

## *Overview*

The following information reflects empirical data submitted by the candidate agency specifically related to CALEA Standards. Although the data does not confirm compliance with the respective standards, they are indicators of the impact of the agency's use of standards to address the standards' intent

## *Traffic Warnings & Citations - Reaccreditation Year 1*

**Data Collection Period:** 1/1/2016 - 12/31/2016

| Race/Sex | Warnings | Citations | Total |
|---|---|---|---|
| White Non-Hispanic Male | 0 | 29248 | 29248 |
| Black Non-Hispanic Male | 0 | 67701 | 67701 |
| Hispanic Latino Any Race Male | 0 | 3075 | 3075 |
| Other Male | 0 | 2900 | 2900 |
| White Non-Hispanic Female | 0 | 17310 | 17310 |
| Black Non-Hispanic Female | 0 | 41813 | 41813 |
| Hispanic Latino Any Race Female | 0 | 852 | 852 |
| Other Female | 0 | 1281 | 1281 |
| TOTAL | 0 | 164180 | 164180 |

## *Reaccreditation Year 1 Notes:*

The City of Atlanta Police Department does not have a warning citation program.



**Male Warnings**          **Male Citations**

**Female Warnings**                    **Female Citations**



*Legend*



| White Non-Hispanic Male | |
|---|---|
| Black Non-Hispanic Male | |
| Hispanic Latino Any Race Male | |
| Other Male | |

*Traffic Warnings & Citations - Reaccreditation Year 2*

**Data Collection Period:** 1/1/2017 - 12/31/2017

| Race/Sex | Warnings | Citations | Total |
|---|---|---|---|
| White Non-Hispanic Male | 0 | | 0 |
| Black Non-Hispanic Male | 0 | | 0 |
| Hispanic Latino Any Race Male | 0 | | 0 |
| Other Male | 0 | | 0 |
| White Non-Hispanic Female | 0 | | 0 |
| Black Non-Hispanic Female | 0 | | 0 |
| Hispanic Latino Any Race Female | 0 | | 0 |
| Other Female | 0 | | 0 |
| TOTAL | 0 | 0 | 0 |

*Reaccreditation Year 2 Notes:*

The Atlanta Police Department does not have a warning citation program.

Due to the cyber attack on the City of Atlanta in 2018, data from traffic court was unable to be provided at this time.

**Male Warnings**                **Male Citations**

**Female Warnings**                **Female Citations**

*Legend*

| | |
|---|---|
| White Non-Hispanic Male | ■ |
| Black Non-Hispanic Male | ■ |
| Hispanic Latino Any Race Male | ■ |
| Other Male | ■ |

*Traffic Warnings & Citations - Reaccreditation Year 3*

**Data Collection Period:** 1/1/2018 - 12/31/2018

| Race/Sex | Warnings | Citations | Total |
|---|---|---|---|
| White Non-Hispanic Male | | | |
| Black Non-Hispanic Male | | | |
| Hispanic Latino Any Race Male | | | |
| Other Male | | | |
| White Non-Hispanic Female | | | |
| Black Non-Hispanic Female | | | |
| Hispanic Latino Any Race Female | | | |
| Other Female | | | |
| TOTAL | 0 | 0 | 0 |

*Reaccreditation Year 3 Notes:*

The Atlanta Police Department does not issue traffic warnings.

Traffic citation information is not collected by the police department. We were informed by traffic court that they no longer capture the above information.

**Male Warnings**

**Male Citations**

**Female Warnings**

**Female Citations**

*Legend*

| White Non-Hispanic Male | |
| Black Non-Hispanic Male | |
| Hispanic Latino Any Race Male | |
| Other Male | |

*Traffic Warnings & Citations - Reaccreditation Year 4*

**Data Collection Period:** 1/1/2019 - 12/31/2019

| Race/Sex | Warnings | Citations | Total |
|---|---|---|---|
| White Non-Hispanic Male | | | |
| Black Non-Hispanic Male | | | |
| Hispanic Latino Any Race Male | | | |
| Other Male | | | |
| White Non-Hispanic Female | | | |
| Black Non-Hispanic Female | | | |
| Hispanic Latino Any Race Female | | | |
| Other Female | | | |
| TOTAL | 0 | 0 | 0 |

*Reaccreditation Year 4 Notes:*

The Atlanta Police Department does not issue traffic warning citations.

Traffic citation information is not collected by the Atlanta Police Department. We were informed by traffic court that they no longer capture the above information.

**Male Warnings**

**Male Citations**

**Female Warnings**

**Female Citations**

*Legend*

| | |
|---|---|
| White Non-Hispanic Male | |
| Black Non-Hispanic Male | |
| Hispanic Latino Any Race Male | |
| Other Male | |

***Biased Based Profiling***

**Year 1 Data Collection Period:** 1/1/2016-12/31/2016

**Year 2 Data Collection Period:** 1/1/2017-12/31/2017

**Year 3 Data Collection Period:** 1/1/2018-12/31/2018

**Year 4 Data Collection Period:** 1/1/2019-12/31/2019

| Complaints from: | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| Traffic Contacts | 2 | 4 | 0 | 0 |
| Field Contacts | 6 | 2 | 0 | 0 |
| Asset Forfeiture | 0 | 0 | 0 | 0 |

***Reaccreditation Year 3 Notes:***

The Atlanta Police Department had 3 biased based complaints in 2018. 2 derived from dispatched calls and the third was unknown. None of the complaints came from traffic contacts, field contacts, or asset forfeiture.

***Reaccreditation Year 4 Notes:***

There were no biased based policing complaints for 2019.



***Legend***

| Traffic Contacts | |
|---|---|
| Field Contacts | |
| Asset Forfeiture | |

*Use Of Force - Reaccreditation Year 1*

**Data Collection Period:** 1/1/2016 - 12/31/2016

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Firearm | | | | | | | | | 0 |
| Discharge | | | | | | | | | |
| Display Only | | | | | | | | | |
| ECW | | | | | | | | | 0 |
| Discharge Only | | | | | | | | | |
| Display Only | | | | | | | | | |
| Baton | | | | | | | | | |
| Chemical/OC | | | | | | | | | |
| Weaponless | | | | | | | | | |
| Canine | | | | | | | | | 0 |
| Release Only | | | | | | | | | |
| Release and Bite | | | | | | | | | |
| Total Uses of Force | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Number of Incidents Resulting In Officer Injury or Death | | | | | | | | | |
| Total Use of Force Arrests | | | | | | | | | |
| Total Number of Suspects Receiving Non-Fatal Injuries | | | | | | | | | |
| Total Number of Suspects Receiving Fatal Injuries | | | | | | | | | |
| Total Agency Custodial Arrests | | | | | | | | | |
| Total Use of Force Complaints | | | | | | | | | |

*Reaccreditation Year 1 Notes:*

The Atlanta Police Department does not have this data available in the requested format. The agency has made changes in their data gathering efforts in order to provide data in the requested format in subsequent reports. Additionally, the spreadsheet will not allow me to enter totals, so I have included them in this narrative.
Firearm Discharge: 16
ECW Discharge: 178

Baton: 8
Chemical /OC: 30
Weaponless: 201
Total Uses of Force: 433
Total Number of Incidents Resulting in Officer Injury or Death: 16
Total Use of Force Arrests: 433
Total Agency Custodial Arrests: 35,669
Total Use of Force Complaints: 29

*Use Of Force - Reaccreditation Year 2*

**Data Collection Period:** 1/1/2017 - 12/31/2017

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Firearm | | | | | | | | | 17 |
| Discharge | 7 | | 8 | 1 | 1 | | | | 17 |
| Display Only | | | | | | | | | |
| ECW | | | | | | | | | 183 |
| Discharge Only | 13 | 2 | 152 | 12 | 3 | | 1 | | 183 |
| Display Only | | | | | | | | | |
| Baton | | | 3 | 1 | | | | | 4 |
| Chemical/OC | 2 | 2 | 35 | 4 | 1 | | 1 | | 45 |
| Weaponless | 24 | 1 | 138 | 16 | 6 | 2 | 6 | | 193 |
| Canine | | | | | | | | | 0 |
| Release Only | | | | | | | | | |
| Release and Bite | | | | | | | | | |
| Total Uses of Force | 46 | 5 | 336 | 34 | 11 | 2 | 8 | 0 | 442 |
| Total Number of Incidents Resulting In Officer Injury or Death | | | | | | | | | |
| Total Use of Force Arrests | | | | | | | | | |
| Total Number of Suspects Receiving Non-Fatal Injuries | 1 | | 4 | | | | | | 5 |
| Total Number of Suspects Receiving Fatal Injuries | | | 2 | | | | | | 2 |
| Total Agency Custodial Arrests | 9773 | 537 | 16134 | 2819 | 2143 | 480 | 585 | 1 | 32472 |
| Total Use of Force Complaints | 5 | 1 | 15 | 1 | | | | | 22 |

*Reaccreditation Year 2 Notes:*

The Atlanta Police Department does not have all the data available in the requested format.  The totals are listed below:

- Firearm discharge - 17

- ECW discharge - 183

- Baton - 4

- Chemical/OC - 45

- Weaponless - 193

Total number of incidents resulting in officer injury or death - 31
Total number of use of force arrests - 442
Total agency custodial arrests - 32,997
Total use of force complaints - 46

NOTE:  Some of this data was not captured demographically, but will in subsequent reports.



### Total Uses of Force

### Total Agency Custodial Arrests



### Total Use of Force Complaints

### Total Number of Suspects Receiving Non-Fatal Injuries




### Total Number of Suspects Receiving Fatal Injuries



***Legend***

| | |
|---|---|
| White Non-Hispanic Male | |
| White Non-Hispanic Female | |
| Black Non-Hispanic Male | |
| Black Non-Hispanic Female | |
| Hispanic Latino Any Race Male | |
| Hispanic Latino Any Race Female | |
| Other Male | |
| Other Female | |

*Use Of Force - Reaccreditation Year 3*

**Data Collection Period:** 1/1/2018 - 12/31/2018

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Firearm | | | | | | | | | 0 |
| Discharge | | | | | | | | | |
| Display Only | | | | | | | | | |
| ECW | | | | | | | | | 0 |
| Discharge Only | | | | | | | | | |
| Display Only | | | | | | | | | |
| Baton | | | | | | | | | |
| Chemical/OC | | | | | | | | | |
| Weaponless | | | | | | | | | |
| Canine | | | | | | | | | 0 |
| Release Only | | | | | | | | | |
| Release and Bite | | | | | | | | | |
| Total Uses of Force | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Number of Incidents Resulting In Officer Injury or Death | | | | | | | | | |
| Total Use of Force Arrests | | | | | | | | | |
| Total Number of Suspects Receiving Non-Fatal Injuries | | | | | | | | | |
| Total Number of Suspects Receiving Fatal Injuries | | | | | | | | | |
| Total Agency Custodial Arrests | | | | | | | | | |
| Total Use of Force Complaints | | | | | | | | | |

*Reaccreditation Year 3 Notes:*

The Atlanta Police Department does not have the data available in the requested format. The totals are listed below:
Firearm discharge - 42
ECW discharge - 196
Baton - 21
Chemical/OC - 38

Weaponless - 231

Total number of incidents resulting in officer injury or death - total number corrupted or lost due to cyber attack.

Total number of use of force arrests - 528

Total agency custodial arrests - 31, 034

Total use of force complaints - 49

-The agency does not capture "display" as a method of use of force.

-The agency does not use canines as a method of use of force.

NOTE: This data was not captured demographically, but will in subsequent reports.

## Use Of Force - Reaccreditation Year 4

**Data Collection Period:** 1/1/2019 - 12/31/2019

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Firearm | | | | | | | | | 7 |
| Discharge | 2 | | 5 | | | | | | 7 |
| Display Only | | | | | | | | | |
| ECW | | | | | | | | | 160 |
| Discharge Only | 10 | 6 | 126 | 16 | 2 | | | | 160 |
| Display Only | | | | | | | | | |
| Baton | 3 | | 18 | | | | 1 | | 22 |
| Chemical/OC | 3 | 2 | 16 | 13 | | | 2 | | 36 |
| Weaponless | 46 | 57 | 240 | 36 | 10 | | 1 | | 390 |
| Canine | | | | | | | | | 0 |
| Release Only | | | | | | | | | |
| Release and Bite | | | | | | | | | |
| Total Uses of Force | 64 | 65 | 405 | 65 | 12 | 0 | 4 | 0 | 615 |
| Total Number of Incidents Resulting In Officer Injury or Death | 13 | | 40 | | | | | | 53 |
| Total Use of Force Arrests | 62 | 65 | 303 | 65 | 12 | | 4 | | 511 |
| Total Number of Suspects Receiving Non-Fatal Injuries | 5 | 1 | 104 | 28 | 2 | | 1 | | 141 |
| Total Number of Suspects Receiving Fatal Injuries | | | 3 | | | | | | 3 |
| Total Agency Custodial Arrests | | | | | | | | | |
| Total Use of Force Complaints | | | 3 | | | | | | 3 |

### Reaccreditation Year 4 Notes:

The Atlanta Police Department does not utilize canines as methods of use of force.







### *Legend*

| | |
|---|---|
| White Non-Hispanic Male | ■ |
| White Non-Hispanic Female | ■ |
| Black Non-Hispanic Male | ■ |
| Black Non-Hispanic Female | ■ |
| Hispanic Latino Any Race Male | ■ |
| Hispanic Latino Any Race Female | ■ |
| Other Male | ■ |
| Other Female | ■ |

*Grievances*

**Year 1 Data Collection Period:** 1/1/2016-12/31/2016

**Year 2 Data Collection Period:** 1/1/2017-12/31/2017

**Year 3 Data Collection Period:** 1/1/2018-12/31/2018

**Year 4 Data Collection Period:** 1/1/2019-12/31/2019

| Grievances | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| Number | 43 | 30 | 12 | 13 |

*Reaccreditation Year 3 Notes:*

In 2018, the Atlanta Police Department Personnel Unit received 12 grievances. It was determined that 10 submissions met the requirements of a grievance and two were withdrawn. Of the submissions, 1 grievances was resolved in favor of the employee, 5 were resolved not in favor of the employee, 2 were referred to the City's EEOC office, and 2 cases remain open.

*Reaccreditation Year 4 Notes:*

In 2019, 2 grievances were resolved in favor of the employee. 8 grievances were resolved not in favor of the employee. 1 grievance was referred to the City's EEOC. 2 cases remain open.

*Personnel Actions*

**Year 1 Data Collection Period:** 1/1/2016-12/31/2016

**Year 2 Data Collection Period:** 1/1/2017-12/31/2017

**Year 3 Data Collection Period:** 1/1/2018-12/31/2018

**Year 4 Data Collection Period:** 1/1/2019-12/31/2019

|  | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| Suspension | 81 | 68 | 74 | 0 |
| Demotion | 0 | 0 | 0 | 3 |
| Resign In Lieu of Termination | 13 |  | 0 | 2 |
| Termination | 3 | 2 | 18 | 9 |
| Other | 0 |  | 0 |  |
| Total | 97 | 70 | 92 | 14 |
| Commendations | 102 | 13 | 0 |  |

*Reaccreditation Year 1 Notes:*

.

*Complaints and Internal Affairs - Reaccreditation Year 4*

**Data Collection Period: -**

|  | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
|  |  |  |  |  |
| **External/Citizen Complaint** | | | | |
| Citizen Complaint | 215 | 211 | 140 | 158 |
| Sustained | 50 | 29 | 21 | 35 |
| Not Sustained | 102 | 61 | 30 | 23 |
| Unfounded | 6 | 2 | 2 | 1 |
| Exonerated | 57 | 38 | 30 | 21 |
|  |  |  |  |  |
| **Internal/Directed Complaint** | | | | |
| Directed Complaint | 529 | 465 | 479 | 555 |
| Sustained | 308 | 166 | 102 | 126 |
| Not Sustained | 59 | 22 | 27 | 20 |
| Unfounded | 3 | 0 | 1 | 13 |
| Exonerated | 159 | 104 | 103 | 57 |

*Calls For Service - Reaccreditation Year 4*

**Data Collection Period:** -

|  | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| Calls for Service | 1100824 | 1046573 | 901077 | 905654 |
|  |  |  |  |  |
| **UCR/NIBRS Part 1 Crimes** | | | | |
| Murder | 111 | 80 | 88 | 96 |
| Forcible Rape | 136 | 282 | 245 | 228 |
| Robbery | 2070 | 1421 | 1099 | 1046 |
| Aggravated Assault | 2810 | 2031 | 2382 | 2688 |
| Burglary | 4411 | 3402 | 3082 | 2880 |
| Larceny-Theft | 164000 | 16278 | 16360 | 16663 |
| Motor Vehicle Theft | 3993 | 3297 | 3308 | 3186 |
| Arson | 199 | 35 | 90 | 79 |

*Motor Vehicle Pursuit*

**Year 1 Data Collection Period:** 1/1/2016-12/31/2016

**Year 2 Data Collection Period:** 1/1/2017-12/31/2017

**Year 3 Data Collection Period:** 1/1/2018-12/31/2018

**Year 4 Data Collection Period:** 1/1/2019-1/1/2020

|  | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| **Pursuits** |  |  |  |  |
| Total Pursuits | 38 | 36 | 28 | 28 |
| Forcible stopping techniques used | 2 | 1 | 3 | 4 |
| Terminated by Agency | 6 | 10 | 7 | 4 |
| Policy Compliant | 31 | 34 | 28 | 26 |
| Policy Non-Compliant | 7 | 2 | 0 | 2 |
| **Collisions** |  |  |  |  |
| **Injuries** |  |  |  |  |
| Total Collisions | 19 | 21 | 14 | 12 |
| Officer | 2 | 4 | 1 | 2 |
| Suspect | 7 | 9 | 6 | 13 |
| ThirdParty | 2 | 10 | 3 | 5 |
| **Reason Initiated** |  |  |  |  |
| Traffic | 8 | 0 | 3 | 0 |
| Felony | 30 | 34 | 22 | 26 |
| Misdemeanor | 0 | 2 | 3 | 2 |

*Agency Breakdown Report - Reaccreditation Year 1*

**Data Collection Period:** 1/1/2016 - 12/31/2016

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Sworn Personnel | | | | | | | | | |
| Executive | 2 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 7 |
| Command | 13 | 2 | 12 | 4 | 0 | 0 | 0 | 0 | 31 |
| Supervisory Positions | 120 | 16 | 115 | 31 | 7 | 1 | 2 | 0 | 292 |
| Non-Supervisory Positions | 391 | 43 | 663 | 179 | 65 | 9 | 12 | 2 | 1,364 |
| Sub Total | | | | | | | | | 1,694 |
| Non Sworn Personnel | | | | | | | | | |
| Executive | | | | | | | | | |
| Managerial | | | | | | | | | |
| Supervisory Positions | | | | | | | | | |
| Non-Supervisory Positions | 49 | 22 | 149 | 578 | 4 | 4 | 2 | 0 | 808 |
| Sub Total | | | | | | | | | 808 |
| Total | | | | | | | | | 2,502 |

*Reaccreditation Year 1 Notes:*

The data in the empty fields was not captured by HR during the collection period.  Changes in data reporting were made, so that the data could be included in subsequent  reports.

### Total Sworn Personnel



### Sworn Personnel: Executive



### Sworn Personnel: Command



### Sworn Personnel: Supervisory Positions



### Sworn Personnel: Non-Supervisory Positions



### Total Non-Sworn Personnel



### Non-Sworn Personnel: Non-Supervisory Positions



*Legend*

| | |
|---|---|
| White Non-Hispanic Male | |
| White Non-Hispanic Female | |
| Black Non-Hispanic Male | |
| Black Non-Hispanic Female | |
| Hispanic Latino Any Race Male | |
| Hispanic Latino Any Race Female | |
| Other Male | |
| Other Female | |

*Agency Breakdown Report - Reaccreditation Year 2*

**Data Collection Period:** 1/1/2017 - 12/31/2017

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Sworn Personnel | | | | | | | | | |
| Executive | 2 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 7 |
| Command | 13 | 2 | 13 | 4 | 0 | 0 | 0 | 0 | 32 |
| Supervisory Positions | 121 | 16 | 113 | 30 | 7 | 1 | 2 | 0 | 290 |
| Non-Supervisory Positions | 417 | 49 | 701 | 187 | 78 | 15 | 17 | 2 | 1,466 |
| Sub Total | | | | | | | | | 1,795 |
| Non Sworn Personnel | | | | | | | | | |
| Executive | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 |
| Managerial | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 0 | 9 |
| Supervisory Positions | 2 | 1 | 5 | 22 | 0 | 1 | 0 | 0 | 31 |
| Non-Supervisory Positions | 20 | 7 | 85 | 338 | 1 | 1 | 0 | 0 | 452 |
| Sub Total | | | | | | | | | 494 |
| Total | | | | | | | | | 2,289 |

### Total Sworn Personnel



### Sworn Personnel: Executive



### Sworn Personnel: Command



### Sworn Personnel: Supervisory Positions



## Sworn Personnel: Non-Supervisory Positions

## Total Non-Sworn Personnel



## Non-Sworn Personnel: Executive

## Non-Sworn Personnel: Managerial




## Non-Sworn Personnel: Supervisory Positions

## Non-Sworn Personnel: Non-Supervisory Positions




### *Legend*

| | |
|---|---|
| White Non-Hispanic Male | |
| White Non-Hispanic Female | |
| Black Non-Hispanic Male | |
| Black Non-Hispanic Female | |
| Hispanic Latino Any Race Male | |
| Hispanic Latino Any Race Female | |
| Other Male | |
| Other Female | |

*Agency Breakdown Report - Reaccreditation Year 3*

**Data Collection Period:** 1/1/2018 - 12/31/2018

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Sworn Personnel | | | | | | | | | |
| Executive | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 2 |
| Command | 16 | 2 | 13 | 4 | 1 | 0 | 0 | 0 | 36 |
| Supervisory Positions | 126 | 16 | 114 | 34 | 6 | 1 | 3 | 0 | 300 |
| Non-Supervisory Positions | 414 | 42 | 725 | 197 | 77 | 14 | 32 | 4 | 1,505 |
| Sub Total | | | | | | | | | 1,843 |
| Non Sworn Personnel | | | | | | | | | |
| Executive | 0 | 0 | 1 | 2 | 1 | 0 | 0 | 0 | 4 |
| Managerial | 2 | 1 | 2 | 8 | 0 | 0 | 0 | 0 | 13 |
| Supervisory Positions | 1 | 1 | 4 | 23 | 0 | 0 | 0 | 0 | 29 |
| Non-Supervisory Positions | 20 | 8 | 93 | 290 | 1 | 4 | 0 | 0 | 416 |
| Sub Total | | | | | | | | | 462 |
| Total | | | | | | | | | 2,305 |

### Total Sworn Personnel



### Sworn Personnel: Executive



### Sworn Personnel: Command



### Sworn Personnel: Supervisory Positions



## Sworn Personnel: Non-Supervisory Positions



## Total Non-Sworn Personnel



## Non-Sworn Personnel: Executive



## Non-Sworn Personnel: Managerial



## Non-Sworn Personnel: Supervisory Positions

## Non-Sworn Personnel: Non-Supervisory Positions



### *Legend*

| | |
|---|---|
| White Non-Hispanic Male | |
| White Non-Hispanic Female | |
| Black Non-Hispanic Male | |
| Black Non-Hispanic Female | |
| Hispanic Latino Any Race Male | |
| Hispanic Latino Any Race Female | |
| Other Male | |
| Other Female | |

*Agency Breakdown Report - Reaccreditation Year 4*

**Data Collection Period:** 1/1/2019 - 12/31/2019

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Sworn Personnel | | | | | | | | | |
| Executive | 0 | 53 | 1 | 0 | 0 | 0 | 0 | 0 | 54 |
| Command | 17 | 2 | 12 | 3 | 1 | 0 | 0 | 0 | 35 |
| Supervisory Positions | 129 | 14 | 116 | 33 | 7 | 2 | 2 | 0 | 303 |
| Non-Supervisory Positions | 353 | 36 | 673 | 188 | 60 | 11 | 32 | 5 | 1,358 |
| Sub Total | | | | | | | | | 1,750 |
| Non Sworn Personnel | | | | | | | | | |
| Executive | 0 | 0 | 1 | 3 | 1 | 0 | 0 | 0 | 5 |
| Managerial | 2 | 1 | 4 | 9 | 0 | 0 | 0 | 0 | 16 |
| Supervisory Positions | 1 | 1 | 5 | 23 | 0 | 0 | 0 | 0 | 30 |
| Non-Supervisory Positions | 19 | 9 | 92 | 293 | 1 | 4 | 0 | 0 | 418 |
| Sub Total | | | | | | | | | 469 |
| Total | | | | | | | | | 2,219 |

### Total Sworn Personnel



### Sworn Personnel: Executive



### Sworn Personnel: Command

### Sworn Personnel: Supervisory Positions



## Sworn Personnel: Non-Supervisory Positions



## Total Non-Sworn Personnel



## Non-Sworn Personnel: Executive



## Non-Sworn Personnel: Managerial



## Non-Sworn Personnel: Supervisory Positions

## Non-Sworn Personnel: Non-Supervisory Positions



### Legend

| | |
|---|---|
| White Non-Hispanic Male | |
| White Non-Hispanic Female | |
| Black Non-Hispanic Male | |
| Black Non-Hispanic Female | |
| Hispanic Latino Any Race Male | |
| Hispanic Latino Any Race Female | |
| Other Male | |
| Other Female | |

*Agency Demographics Report - Reaccreditation Year 1*

**Data Collection Period:** 1/1/2016 - 12/31/2016

|  | Service Population | | Available Workforce | | Current Sworn Officers | | Current Female Sworn Officers | | Prior Sworn Officers | | Prior Female Sworn Officers | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | # | % | # | % | # | % | # | % | # | % | # | % |
| White Non-Hispanic | 161115 | 38% | 1690897 | 52% | 589 | 35% | 63 | 4% | 635 | 34% | 76 | 4% |
| Black Non-Hispanic | 226894 | 54% | 1016717 | 31% | 1007 | 59% | 215 | 13% | 1114 | 60% | 245 | 13% |
| Hispanic Latino Any Race | 21815 | 5% | 351854 | 11% | 82 | 5% | 10 | 1% | 86 | 5% | 13 | 1% |
| Other | 10179 | 2% | 221697 | 7% | 17 | 1% | 2 | 0% | 23 | 1% | 2 | 0% |
| Total | 420003 | | 3281165 | | 1695 | | 290 | | 1858 | | 336 | |

### Service Population



### Available Workforce



### Current Sworn Officers



### Current Sworn Female Officers



### Prior Sworn Officers



### Prior Sworn Female Officers



*Agency Demographics Report - Reaccreditation Year 2*

**Data Collection Period:** 1/1/2017 - 12/31/2017

|  | Service Population | | Available Workforce | | Current Sworn Officers | | Current Female Sworn Officers | | Prior Sworn Officers | | Prior Female Sworn Officers | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | # | % | # | % | # | % | # | % | # | % | # | % |
| White Non-Hispanic | 194516 | 40% | 1690897 | 52% | 612 | 35% | 67 | 4% | 589 | 35% | 63 | 4% |
| Black Non-Hispanic | 254392 | 52% | 1016717 | 31% | 1043 | 59% | 219 | 12% | 1007 | 59% | 215 | 13% |
| Hispanic Latino Any Race | 22369 | 5% | 351854 | 11% | 101 | 6% | 16 | 1% | 82 | 5% | 10 | 1% |
| Other | 20910 | 4% | 221697 | 7% | 4 | 0% | 2 | 0% | 17 | 1% | 2 | 0% |
| Total | 492187 | | 3281165 | | 1760 | | 304 | | 1695 | | 290 | |

### Service Population



### Available Workforce



### Current Sworn Officers



### Current Sworn Female Officers



### Prior Sworn Officers



### Prior Sworn Female Officers



*Agency Demographics Report - Reaccreditation Year 3*

**Data Collection Period:** 1/1/2018 - 12/31/2018

| | Service Population | | Available Workforce | | Current Sworn Officers | | Current Female Sworn Officers | | Prior Sworn Officers | | Prior Female Sworn Officers | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % | # | % | # | % |
| White Non-Hispanic | 200711 | 40% | 1690897 | 52% | 617 | 33% | 61 | 3% | 612 | 35% | 67 | 4% |
| Black Non-Hispanic | 257986 | 52% | 1016716 | 31% | 1088 | 59% | 235 | 13% | 1043 | 59% | 219 | 12% |
| Hispanic Latino Any Race | 21415 | 4% | 351854 | 11% | 99 | 5% | 15 | 1% | 101 | 6% | 16 | 1% |
| Other | 17932 | 4% | 221697 | 7% | 39 | 2% | 4 | 0% | 4 | 0% | 2 | 0% |
| Total | 498044 | | 3281164 | | 1843 | | 315 | | 1760 | | 304 | |

### Service Population



### Available Workforce



### Current Sworn Officers



### Current Sworn Female Officers



### Prior Sworn Officers



### Prior Sworn Female Officers



*Agency Demographics Report - Reaccreditation Year 4*

**Data Collection Period:** 1/1/2019 - 12/31/2019

| | Service Population | | Available Workforce | | Current Sworn Officers | | Current Female Sworn Officers | | Prior Sworn Officers | | Prior Female Sworn Officers | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % | # | % | # | % |
| White Non-Hispanic | 200711 | 40% | 584 | 27 % | 552 | 33% | 53 | 3% | 617 | 33% | 61 | 3% |
| Black Non-Hispanic | 257986 | 52% | 1456 | 67 % | 1026 | 60% | 224 | 13% | 1088 | 59% | 235 | 13% |
| Hispanic Latino Any Race | 21415 | 4% | 87 | 4 % | 81 | 5% | 13 | 1% | 99 | 5% | 15 | 1% |
| Other | 17932 | 4% | 39 | 2 % | 39 | 2% | 5 | 0% | 39 | 2% | 4 | 0% |
| Total | 498044 | | 2166 | | 1698 | | 295 | | 1843 | | 315 | |

*Reaccreditation Year 4 Notes:*

N/A





**Prior Sworn Officers**

Black Non-Hispanic 59%

Hispanic Latino Any Race 5%

Other 2%

White Non-Hispanic 33%

**Prior Sworn Female Officers**

Black Non-Hispanic 75%

Hispanic Latino Any Race 5%

Other 1%

White Non-Hispanic 19%

*Sworn Officer Selection - Reaccreditation Year 1*

**Data Collection Period:** 1/1/2016 - 12/31/2016

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Applications Received | | | | | | | | | |
| Applicants Hired | 34 | 5 | 74 | 24 | 18 | 2 | 4 | 0 | 161 |
| Percent Hired | % | % | % | % | % | % | % | % | N/A |
| Percent of Workforce Population | | 2% | | 6% | | 1% | | 0% | N/A |

## Applications Received

## Applicants Hired



## Percent Hired

## Percent of Workforce Population



*Legend*

| | |
|---|---|
| White Non-Hispanic Male | |
| White Non-Hispanic Female | |
| Black Non-Hispanic Male | |
| Black Non-Hispanic Female | |
| Hispanic Latino Any Race Male | |
| Hispanic Latino Any Race Female | |
| Other Male | |
| Other Female | |

*Sworn Officer Selection - Reaccreditation Year 2*

**Data Collection Period:** 1/1/2017 - 12/31/2017

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Applications Received | | | | | | | | | |
| Applicants Hired | 35 | 2 | 41 | 13 | 8 | 0 | 5 | 1 | 105 |
| Percent Hired | % | % | % | % | % | % | % | % | N/A |
| Percent of Workforce Population | 2% | | 3% | | 0% | | 0% | | N/A |

### Applications Received

### Applicants Hired



### Percent Hired

### Percent of Workforce Population



*Legend*

| | |
|---|---|
| White Non-Hispanic Male | |
| White Non-Hispanic Female | |
| Black Non-Hispanic Male | |
| Black Non-Hispanic Female | |
| Hispanic Latino Any Race Male | |
| Hispanic Latino Any Race Female | |
| Other Male | |
| Other Female | |

*Sworn Officer Selection - Reaccreditation Year 3*

**Data Collection Period:** 1/1/2018 - 12/31/2018

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Applications Received | 109 | 32 | 385 | 147 | 43 | 25 | | | 741 |
| Applicants Hired | 33 | 4 | 37 | 11 | 6 | 1 | | | 92 |
| Percent Hired | 30% | 13% | 10% | 7% | 14% | 4% | % | % | N/A |
| Percent of Workforce Population | | 2% | | 3% | | 0% | | 0% | N/A |

*Reaccreditation Year 3 Notes:*

The "Other" category was not captured by male/female. Of the "Other" 26 applications were received and 4 were hired.







*Legend*

| | |
|---|---|
| White Non-Hispanic Male | |
| White Non-Hispanic Female | |
| Black Non-Hispanic Male | |
| Black Non-Hispanic Female | |
| Hispanic Latino Any Race Male | |
| Hispanic Latino Any Race Female | |
| Other Male | |
| Other Female | |

*Sworn Officer Selection - Reaccreditation Year 4*

**Data Collection Period:** *1/1/2019 - 12/31/2019*

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Applications Received | 68 | 14 | 295 | 147 | 48 | 9 | 17 | 6 | 604 |
| Applicants Hired | 25 | 9 | 107 | 40 | 11 | 2 | 11 | 0 | 205 |
| Percent Hired | 37% | 64% | 36% | 27% | 23% | 22% | 65% | 0% | N/A |
| Percent of Workforce Population | 2% | | 9% | | 1% | | 1% | | N/A |







*Legend*

| | |
|---|---|
| White Non-Hispanic Male | 🟥 |
| White Non-Hispanic Female | 🟧 |
| Black Non-Hispanic Male | 🟦 |
| Black Non-Hispanic Female | 🟦 |
| Hispanic Latino Any Race Male | 🟩 |
| Hispanic Latino Any Race Female | 🟩 |
| Other Male | 🟨 |
| Other Female | 🟨 |

*Sworn Officer Promotions - Reaccreditation Year 1*

**Data Collection Period:** 1/1/2016 - 12/31/2016

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Tested | 84 | 10 | 157 | 37 | 12 | 1 | 4 | 0 | 305 |
| Eligible After Testing | 56 | 8 | 82 | 17 | 5 | 0 | 1 | 0 | 169 |
| Promoted | 9 | 3 | 8 | 3 | 1 | 1 | 0 | 0 | 25 |
| Percent Promoted | 11 % | 30 % | 5 % | 8 % | 8 % | 100 % | 0 % | % | N/A |









*Legend*

| | |
|---|---|
| White Non-Hispanic Male | |
| White Non-Hispanic Female | |
| Black Non-Hispanic Male | |
| Black Non-Hispanic Female | |
| Hispanic Latino Any Race Male | |
| Hispanic Latino Any Race Female | |
| Other Male | |
| Other Female | |

*Sworn Officer Promotions - Reaccreditation Year 2*

**Data Collection Period:** 1/1/2017 - 12/31/2017

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Tested | 84 | 10 | 157 | 37 | 12 | 1 | 4 | 0 | 305 |
| Eligible After Testing | 56 | 8 | 82 | 17 | 5 | 0 | 1 | 0 | 169 |
| Promoted | 9 | 3 | 8 | 3 | 1 | 1 | 0 | 0 | 25 |
| Percent Promoted | 11 % | 30 % | 5 % | 8 % | 8 % | 100 % | 0 % | % | N/A |

### Tested

### Eligible After Testing



### Promoted

### Percent Promoted




*Legend*

| | |
|---|---|
| White Non-Hispanic Male | |
| White Non-Hispanic Female | |
| Black Non-Hispanic Male | |
| Black Non-Hispanic Female | |
| Hispanic Latino Any Race Male | |
| Hispanic Latino Any Race Female | |
| Other Male | |
| Other Female | |

*Sworn Officer Promotions - Reaccreditation Year 3*

**Data Collection Period:** 1/1/2018 - 12/31/2018

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Tested | 73 | 9 | 171 | 37 | 13 | 2 | 15 | 2 | 322 |
| Eligible After Testing | 57 | 6 | 81 | 22 | 9 | 1 | 5 | 0 | 181 |
| Promoted | 34 | 5 | 30 | 11 | 1 | 1 | 4 | 0 | 86 |
| Percent Promoted | 47 % | 56 % | 18 % | 30 % | 8 % | 50 % | 27 % | 0 % | N/A |

*Reaccreditation Year 3 Notes:*

Data was not available from our personnel department for demographics on Sworn Officer Promotions. They were able to provide the total numbers for promotions only, which are as follows:

White Non-Hispanic Male: 34
White Non-Hispanic Female: 10
Black Non-Hispanic Male: 66
Black Non-Hispanic Female: 22
Hispanic Latino/Any Race Male: 3
Hispanic Latino/Any Race Female: 1
Other Male: 0
Other Female: 1

We will advise personnel to capture the data as requested in subsequent reports.



*Legend*

| | |
|---|---|
| White Non-Hispanic Male | |
| White Non-Hispanic Female | |
| Black Non-Hispanic Male | |
| Black Non-Hispanic Female | |
| Hispanic Latino Any Race Male | |
| Hispanic Latino Any Race Female | |
| Other Male | |
| Other Female | |

*Sworn Officer Promotions - Reaccreditation Year 4*

**Data Collection Period:** 1/1/2019 - 12/31/2019

| | White Non-Hispanic | | Black Non-Hispanic | | Hispanic Latino Any Race | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | |
| Tested | 80 | 8 | 190 | 46 | 16 | 3 | 7 | 0 | 350 |
| Eligible After Testing | 40 | 6 | 64 | 25 | 5 | 1 | 1 | 0 | 142 |
| Promoted | 8 | 1 | 9 | 5 | 0 | 0 | 0 | 0 | 23 |
| Percent Promoted | 10 % | 13 % | 5 % | 11 % | 0 % | 0 % | 0 % | % | N/A |

**Tested**



**Eligible After Testing**



**Promoted**



**Percent Promoted**



*Legend*

| | |
|---|---|
| White Non-Hispanic Male | |
| White Non-Hispanic Female | |
| Black Non-Hispanic Male | |
| Black Non-Hispanic Female | |
| Hispanic Latino Any Race Male | |
| Hispanic Latino Any Race Female | |
| Other Male | |
| Other Female | |