# EXHIBIT 4

GBI Photographs
(Filed Under Seal)